**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SOUTHEASTERN METAL<br>PRODUCTS LLC, et al.,<br><br>Debtors[1] | Chapter 11<br><br>Case No. 19-10989 (BLS)<br>(Jointly Administered)<br><br>Obj. Deadline: June 17, 2020 at 4:00 p.m.<br>Hearing Date: June 24, 2020 at 11:00 a.m. |

## NOTICE OF BID DEADLINE, AUCTION AND SALE HEARING

**PLEASE TAKE NOTICE** that on May 6, 2019 (the "Petition Date"), Southeastern Metal Products, LLC and SEMP Texas, LLC, as debtors and debtors-in-possession (collectively, the "Debtors") filed voluntary petitions for relief under the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on June 2, 2020, the Debtors filed the *Debtors' Motion for an Order (I) Approving the Sale of Certain Personal Property Assets, Including Machinery and Equipment, Free and Clear of All Encumbrances Pursuant to Section 363 of the Bankruptcy Code, Subject to Higher and Better Offers; and (II) Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have established a process, including the establishment of key dates and times related to the solicitation of higher or better bids and for an auction of Debtors' Personal Property Assets (the "Auction") in the event that competing bids are received by the Bid Deadline, and the sale of Personal Property Assets that will take place following the Auction.

### Contact Information for Parties Interested in Submitting a Bid

Any party interested in making an offer to purchase the Real Estate must comply strictly with the Sale Timeline. Only bids in compliance with the Sale Timeline will be considered by the Debtors.

### Sale Timeline

| **Action** | **Deadline/Date** |
|---|---|
| **Bid Deadline** | **June 17, 2020 at 12:00 p.m. ET**<br>Deadline for submission of bids for the Personal Property Assets to be actually received by the Debtors and Committee. |

---

[1] The Debtors and the last four digits of their respective federal tax identification numbers are: Southeastern Metal Products LLC (9192) and SEMP Texas, LLC (3419).

| **Announcement of Auction** | **June 17, 2020 at 5:00 p.m.** If a higher and better bid(s) is received Debtors shall announce to parties submitting bids that an auction will be held on June 19, 2020 at 10:00 a.m. ET. |
|---|---|
| **Auction** | **June 19, 2020 at 10:00 a.m.** In the event of multiple competitive bids (including the stalking horse bid), the date the Auction will be held by remote means (*e.g.* zoom). The Debtors may cancel the auction by filing a notice on the docket by 11:59 p.m. ET on June 17, 2020 if no competing bids are received. |
| **Hearing to Approve and Confirm Sale** | **June 24, 2020 at 11:00 a.m.** Hearing to approve and confirm sale to stalking horse bidder or successful bidder at auction. |
| **Closing** | Closing shall be held no later than seven (7) days after entry of an Order approving the sale. |

**Any interested bidder should contact, as soon as possible:**

Weir & Partners LLP
824 Market Street, Suite 800, Wilmington, DE 19801
Attn: Jeffrey S. Cianciulli, Esq.
jcianciulli@weirpartners.com
(302) 652-8181
*Counsel for Debtors and Debtors-In-Possession*

Lowenstein Sandler, LLP
One Lowenstein Drive, Roseland, NJ  07068
Attn: Jeffrey D. Prol, Esq.
jprol@lowenstein.com
(973) 597-2490
*Counsel for the Official Committee of Unsecured Creditors*

## Obtaining Additional Information

Copies of the Motion, as well as all related exhibits, and all other documents filed with the Court, are available free of charge on the Debtors' case information website, http://omnimgt.com/Southeastern, or for a fee via PACER at https://www.deb.uscourts.gov/.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Motion must be in writing and filed with the Clerk of the Bankruptcy Court, 824 Market Street, Third Floor, Wilmington, Delaware 19801, and served upon the undersigned, counsel for the Debtors, Weir & Partners LLP, 824 Market Street, Suite 800, Wilmington DE 19801 (Attn: Jeffrey S. Cianciulli) as to be received on or before **4:00 p.m., prevailing Eastern Time, on June 17, 2020** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

**PLEASE TAKE FURTHER NOTICE** that, unless an order is entered earlier, a hearing to consider the relief sought in the Motion will be held before The Honorable Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 1, Wilmington, DE 19801 on **June 24, 2020 at 11:00 a.m. (ET)**.

Dated: June 2, 2020                                WEIR & PARTNERS LLP

                                                   By: */s/ Jeffrey S. Cianciulli*
                                                       Jeffrey S. Cianciulli (#4369)
                                                       824 Market Street, Suite 800
                                                       Wilmington, DE 19801
                                                       (302) 652-8181 (telephone)
                                                       (302) 652-8909 (facsimile)
                                                       *Counsel for Debtor and Debtor-In-Possession*