# EXHIBIT B

**(Personal Property Assets)**

| CNC Lasers/Turret Punch/Shear | Year | Model | Serial # | Axis |
|---|---|---|---|---|
| Trumpf 5030 Laser | 2012 | 5030 | 85206-1654 | 2 |
| Trumpf 3040 Laser | 2011 | 3040 | D009A7062 | 2 |
| Cinncinnatti Laser | 2006 | CL-7A 6x12 | 53611 | 2 |
| Komatsu Laser | 2012 | TLM-610 | TLE2B014 | 5 |
| Weidemann Turret | 1994 | C-3000 | 741 | 2 |
| Cincinnati Shear | | 2cc-12 | 47125 | |
| | | | | |
| **CNC Lasers/Turret/Shear Sub Totals** | | | | |
| | | | | |
| **CNC Brake Presses** | Year | Model | Serial # | Axis |
| Trumpf Tru Bend | 2013 | Tru Bend-7036 | B0702A1003 | 6 |
| Cincinnati 135t | 1991 | 135AF x 6-12530 | 47003 | 6 |
| Toyokoki 125t | 2004 | 125 | 7003657 | 4 |
| Cincinnati 175t | 2008 | 175MX x 10 | 54085 | 6 |
| Cincinnati 200t | 1996 | 230AF x 10 | 49647 | 3 |
| Cincinnati 175t | 1998 | 175AF x 10 | 50955 | 6 |
| Cincinnati 90t | 1989 | 90CBX8 | 46186 | 2 |
| Amada 80t | 2007 | FBDIII-8020 | 80203133 | 4 |
| Accupress | 2009 | 717512 | 10305 | 3 |
| Cincinnati | 1987 | 135AFx8 | 45193 | 2 |
| Ermak | 2006 | CNCHAP 12x176 | 20050410 | 3 |
| | | | | |
| **CNC Brake Presses Sub Totals** | | | | |
| | | | | |
| **Stamping Presses** | Year | Model | Serial # | Axis |
| 1600t Danly / dbl action with rolling boster | 1978 | DE4-1000-600-120x84 | 78370301 | NA |
| 700t Rovetta with rolling bolsters | 1976 | S4-630-3350-2130 | R4 | NA |
| 700t Rovetta with rolling bolsters | 1976 | S4-630-3350-2130 | R5 | NA |
| 600t Clearing with cushion | 1981 | Model 10-4618 | S4-600-144-84 | NA |
| 300t Verson with coil feed | 1975 | 300-B2-96 PR | 24623 | NA |
| 300t Clearing-Niagra with coil feed | 1998 | SE2-300-84-48UH | P54588 | NA |
| 250t Cincinnati | | 46232 | OBS250 | NA |
| 220t SEYI with coil feed | 2000 | SN2-220 | EW-B-200-198 | NA |
| 175t Bliss with coil feed | 1992 | SG2-175 84x30 | K-7093-9 | NA |
| 80t Rouselle | 1965 | 10B80 | HBSA7411 | NA |
| 110t Bliss | 1993 | C-110 | H71184 | NA |
| 200t Clearing | 1976 | 200P701 | 54-2288 | NA |
| 250t Cincinatti Hydraulic | 1989 | 2500BS | 46232 | NA |
| 60t Bliss with coil feed | 1993 | C-60 | H71195 | NA |
| 60t Bliss | 1989 | C-60 | H70742 | NA |
| 75t L&J | 1961 | 7 | 75107 | NA |
| 35t Bliss | 1995 | C-35 | H71415 | NA |
| 35t Bliss | 1996 | C-35 | H71631 | NA |
| 45t Bliss | 1973 | C45 | H65205 | NA |
| 45t South Bend Johnson | 1973 | 45FW-AC | 72155 | NA |
| 60t Johnson | 1967 | 60FV-AC | 66100 | NA |
| 80t Clearing Niagra | 1995 | BN-80 | 54230 | NA |
| 50t Warco | 1959 | Warco50 | 461856 | NA |
| 110t Danly with coil feed | 1967 | OBI 110 | 11052810165 | NA |
| 80t Clearing Niagraas with coil feed | 1995 | BN-80 | 54231 | NA |
| Weymouth Cooper coil feed system | | | | NA |
| Weymouth Cooper coil feed system | | | | NA |
| Weymouth Cooper coil feed system | | | | NA |
| Centering Reel's and Coil Cradles | | | | |
| Weymouth Cooper coil feed system | | | | NA |
| | | | | |
| **Stamping Presses Sub Totals** | | | | |
| | | | | |
| **Welding Equipment** | Year | Model | Serial # | Axis |

| | | | | |
|---|---|---|---|---|
| (14) Miller MIG/TIG welding machines | | | | |
| (3) Lincoln MIG welding machines | | | | |
| (1) Hypertherm welding machine | | | | |
| Miller Robotic weld cell | | Performarc | | |
| | | | | |
| Welding Equipment Sub Total | | | | |
| | | | | |
| **Fork Lift Equipment** | Year | Model | Serial # | Axis |
| 30t forklift | | | | |
| (5) Hyundai | | 25LC-7A | | |
| Hyundai | | S120FT-PRS | | |
| (2) Toyota | | 7FGU15 | | |
| | | | | |
| Fork Lift Equipment Sub Total | | | | |
| | | | | |
| **Compressed Air System Assets** | Year | Model | Serial # | Axis |
| Sullair Air Compressor | | 3709 A | 2.01E+11 | |
| Zeks Air Dryer | | 400NCGA400 | WCH1016568 | |
| CompAire Leroi | | WM200SSIIA | 4451x42 | |
| Ingersoll Rand Air Dryer | | | 540593 | |
| Atlas Copco Air Compressor | 2018 | GA75 | API628111 | |
| Atlas Copco Air Dryer | 2018 | FX15, 8102224485 | ITJ176351 | |
| | | | | |
| Compressed Air System Sub Total | | | | |
| | | | | |
| **Hoist and Crane Assets** | Year | Model | Serial # | Axis |
| Gantry Crane | | | | |
| Gorbel Jib Crane | | | | |
| Bridge Crane | | | | |
| Acco Lauden Bridge Crane | | | | |
| Shaw Box 1t Hoist | | | | |
| Sullaire Man Lift | | 1932 E 2 | | |
| | | | | |
| Hoist and Crane Asset Sub Total | | | | |
| | | | | |
| **Grinding/Dust Collection System Assets** | Year | Model | Serial # | Axis |
| Avani | | SPC-2000 | 154230 | |
| Avani | | SPC-2000 | 154713 | |
| Avani | | SPC-2000 | 154710 | |
| Avani Finishing Booth | | GR-6088 | 161807 | |
| Airex Wet Grind Booth | | WDDT-3-1 | 204 | |
| Dust Collector | | | | |
| HO Butfering Belt Grinder/Super Finish | | PROFI SPW 309RTT | 418260030 | |
| | | | | |
| Grinding/Dust Collection System Sub Total | | | | |
| | | | | |
| **Spot Welding Equipment Assets** | Year | Model | Serial # | Axis |
| H&H 120 KVA spot weld machine | | | H6058 | |
| Sciaky 150 KVA spot weld machine | | PMCO.3STM2 50-36 | 11019 | |
| Federal 75 KVA spot weld machine | | PA-1-30 | 19324 | |
| Banner 150 KVA spot weld machine | | 2AP150A12 | 4873 | |
| 75 KVA spot weld machine | | | | |
| 100 KVA spot weld machine | | | | |
| TJS 100 KVA spot weld machine | | TJS1000-1200E | 200609 | |
| Robotic spot weld with pallet load | | J2NC-XPP02B | D20057H710 910012 | |
| Chiller | | HCC2000PR | 7326 | |
| Chiller | | 8076L | 706544 | |
| Spot Welder | | 971-0005 | 88074004 | |
| Banner spot welder | | 1AP75AIZ | 7149 | |
| | | | | |
| Spot Welding Equipment Asset Sub Total | | | | |

| Machining Equipment Assets | Year | Model | Serial # | Axis |
|---|---|---|---|---|
| HAAS SL30T Turn Center with bar feeded | | SL-30T | 73289 | |
| HAAS VF6 Machining Center | | VF-6 | 12589 | |
| Delta Drill Press | | 20 | 88C75002 | |
| Wilton Hydraulic Drill Press | | 20722DF4C02A59C | 82 | |
| Dennison 4t press | | 17A80 | 14385 | |
| 6t press | | DGBC01A59018 | 13067 | |
| Altal Clausing Drill Press | | 1810 | 5193 | |
| Leland Lead Screw Tapping Head | | 1LMS | 3105 | |
| Atlas Clausing Drill Press | | | 25001 | |
| Clausing Engine Lathe | | F-4/60630 | | |
| Knight Heat Treat Furnace | | KMTG18 | | |
| Caser Radial Drill | | | B21815 | |
| Acer Surface Grinder | | AGS-618 | 9422-309 | |
| Okamoto Surface Grinder | | 12-24ST | 83497 | |
| DoAll Band Saw | | DBW-1A | 5112912 | |
| (3) Bridgeport Vertical Mill | | | | |
| Tapping Machine | | | 170 | |
| Chevalier Vertical Mill | | FM-3VK | KM-834338 | |
| Hydmech Band Saw | | S-20A | 10196973 | |
| Thomas Cold Saw | | 315 S-CUT | 304206 | |
| Chevalier Surface Grinder | | FSG-2A618 | B7855010 | |
| K.O. Lee Surface Grinder | | | 2788 | |
| Kar-Ry Belt Sander | | 3 | 729 | |
| Belt Grinder | | | | |
| Kalamazoo Cut off saw | | K8B | 111405 | |
| Sodick Wire EDM | | A530D | | |
| Willis Engine Lathe | | CP1550 | 6Z4Z | |
| | | | | |
| Machining Equipment Sub Total | | | | |
| | | | | |
| **Quality - Measurement Equipment** | Year | Model | Serial # | Axis |
| (2) FARO Portable CMM Arm | | EDGE | | |
| Mitutoyo CMM | | BH706 | | |
| Wilson Hardness Tester | | 4JR | | |
| Surface plates, height gauges | | | | |
| Misc micrometers, calipers, etc | | | | |
| | | | | |
| Quality - Measurement Equipment sub total | | | | |
| | | | | |
| **Riveting Equipment** | Year | Model | Serial # | Axis |
| (2) Milford Rivet Machines | | 310. Rev.3 | | |
| Keller Compression Rivet machine | | 10 DCH | K-121792 | |
| (2) Compresion Rivet Machines | | | | |
| National Rivet | | 800 | 235H1 | |
| National Rivet | | NLAAE | 2586 | |
| Haeger Rivet Machine | | 824 Plus | 627 | |
| | | | | |
| Riveting Equipment sub total | | | | |
| | | | | |
| **Other Equipment** | Year | Model | Serial # | Axis |
| Robotic HEMMing Cell | | | 64-25229 | |
| Curl Machine | | | | |
| Tennant Floor Clean Machine | | 7400 | | |
| Yoder Roll Form Machine | | M 1.5 | Y8564-995 | |
| Misc. Hand tools | | | | |
| Pallet and Material Racking | | | | |
| (2) GMC Box delivery trucks | | | | |
| Mini Van | | | | |
| Vibratory / Debur / Wash Equipment | | | | |

| Item | | | | |
|---|---|---|---|---|
| 400t stamping press dis assembled | | | | |
| 1600t dual action stamping press disassembled | | | | |
| Raw Material | | | | |
| | | | | |
| **Other Equipment sub total** | | | | |
| | | | | |
| **Total Equipment Asset Values** | | | | |
| | | | | |