# **EXHIBIT C**

**(Proposal)**

# **EXHIBIT C**

**(Proposal)**



# Asset Sales, Inc., Proposal for Auction Services

Prepared for:



SOUTHEASTERN METAL PRODUCTS LLC
Mr. David Denton
1420 Metals Drive
Charlotte, NC 28206

PRESENTED BY:

| Gerald Mannion | Lance Mannion | John Soukup |
|---|---|---|
| Cell Phone: (704) 905-0341 | Cell Phone: (704) 907-8614 | Cell Phone: (704) 594-0001 |
| gerald@asset-sales.com | lance@asset-sales.com | john@asset-sales.com |

**Asset Sales, Inc., Inc.**
163 Associates Lane
Indian Trail, North Carolina 28079

Office: 1-888-800-4442
Fax: 1-704-821-4325
www.asset-sales.com

1

# Table of Contents

- **Proposal Options**
  - Proposal One – Outright Purchase
  - Proposal Two – Guaranteed Participation
  - Proposal Three - Commission
- **Auction Timing**
- **Terms and Conditions**
- **Company Overview**
- **Auction Services**
- **Client Relations**
- **Industry Experience**
- **Professional Affiliations**
- **Asset Sales, Inc., Inc. Personnel**
- **Auction Process Overview**
  - Marketing/ Advertising
  - Auction Day
  - Post-Auction Process Completion
- **Auction Trade and Bank Reference**
- **Top Ten Reasons**

*"Dear Gerry, A word of thanks and appreciation for all of your efforts of hard work to make the Wysong & Miles sale a success. It was great to see how efficiently your team worked together. The set up of the equipment that Mark and Julie handled was quick and neatly arranged. On the auction day, the registration and invoicing went smoothly and Lance did a superb job on the stand bringing higher numbers on the machinery that we expected. All in all, the auction was a great success and we would be happy to recommend your services to anyone who asks."*

**J.Gregg Miller – President**
**Wysong & Miles**

2



# Proposal One – Outright Purchase

Asset Sales, Inc. will purchase the machinery and equipment, as inspected, for the sum of One Million Six Hundred Sixty Five Thousand Dollars ($1,665,000) and will hold an auction sale on our own behalf.

A mutually agreeable deposit will be paid to SOUTHEASTERN METAL PRODUCTS upon the closing of the signed contract, completion of a UCC check, and implementation of a mutually agreeable Exhibit A. The balance is paid 24 hours prior to the auction sale.





# Proposal Two – Guaranteed Participation

For the machinery and equipment, as inspected, Asset Sales, Inc. guarantees and pays upfront (prior to said auction) One Million Three Hundred Fifty Thousand Dollars ($1,350,000). On the day of the auction sale, from the sales proceeds, Asset Sales, Inc. will retain the first One Million Four Hundred Twenty Five Thousand Dollars ($1,425,000). This will cover reimbursement and expenses. All sales over One Million Four Hundred Twenty Five Thousand Dollars ($1,425,000) will be split on an 80/20% basis with SOUTHEASTERN METAL PRODUCTS receiving the eighty percent share.

In the Guaranteed Participation Auction Sale option described above, a mutually agreeable deposit is paid to SOUTHEASTERN METAL PRODUCTS upon execution of the contract (by both parties), completion of an UCC check, and completion of a mutually agreeable Exhibit A. The balance is paid in-full 24 hours prior to the auction sale. All overages of money are paid and a final accounting report is sent to your office within twenty (20) working days of the actual auction sale.



4



# Proposal Three – Commission

For the machinery and equipment, as inspected, Asset Sales, Inc. will host a Commission auction sale on your behalf. From the auction proceeds, Asset Sales, Inc. will retain 7.5% from the gross sales to reimburse and cover the expenses of preparing for and hosting the auction sale. A Buyer's Premium will be applied to the Buyer's purchase and will serve as our profit.

In the Commission Auction Sale option, all monies due to SOUTHEASTERN METAL PRODUCTS are paid within twenty (20) working days of the auction sale. A final accounting report is sent to you within 20 days.





# Auction Timing

Asset Sales will hold the Auction Sale on the premises of SOUTHEASTERN METALS PRODUCTS on or about late July 2020. Asset Sales, Inc. would vacate the premises and leave the facility in a broom clean condition as affected by the auction sale no later than end of September 2020. Asset Sales would ask to contract as quickly as possible to begin advertising major pieces of equipment.

**Asset Sales, Inc.**
auctioneers * appraisers * liquidators
Turning Your Assets Into Dollars
www.asset-sales.com

# Terms and Conditions

- Asset Sales, Inc. guarantees all collected funds for the actual auction sale. We would, as Seller's Agent, accept payment in the form of cash, wire transfer, certified check or a company check (with a bank letter of guarantee).

- Asset Sales, Inc. reserves the right to charge and retain a Buyer's Premium.

- Asset Sales, Inc. is not purchasing, selling or assuming any hazardous waste liability.

- Asset Sales, Inc. reserves the right to augment the auction sale.

- Asset Sales, Inc. reserves the right of abandonment. This pertains to hazardous and/or sheet metal type items that cost more to remove than the scrap value.

- SOUTHEASTERN METAL PRODUCTS will provide to Asset Sales, Inc., at no cost to Asset Sales, Inc., free use of its premises, including an office and all utilities, including high speed internet connection, in order to conduct public and private sales of the equipment from the effective date of this agreement until fourteen (14) days after the auction sale.

- Asset Sales, Inc. will collect all applicable sales tax.

- Asset Sales, Inc. will name SOUTHEASTERN METAL PRODUCTS as an additional insured under its $3,000,000.00 liability insurance policy.

- SOUTHEASTERN METAL PRODUCTS would convey free and clear documents of title. Asset Sales, Inc. is selling 'as is', 'where is' with the exception of warranty of title.

- These proposals are made subject to the completion of a mutually agreeable contract and Exhibit A list of machinery and equipment and are made with the intent of holding a public auction sale on site.

- CONFIDENTIALITY STATEMENT. The Purchase Price (as hereinafter defined) provided for herein is privileged and confidential information. It is not intended for the specific use of the Buyer and Seller and may not be disclosed directly or indirectly to third parties, other than secured creditors and shareholders of Seller, without the prior written consent of Buyer. Notwithstanding the foregoing, Buyer recognizes that the Seller may be subject to various public disclosure laws, regulations, and rules. Any direct or indirect disclosure of the Purchase Price or other information contained herein made by Seller in filings with the United States Securities and Exchange Commission or other governmental entities is hereby specifically authorized and permitted.

*"Dear Gerry, I wanted to personally thank you for the job that Asset Sales, Inc. did for Goodyear. I was assigned to the disposition of machine shop equipment (closed corporate machine shop) and broom-cleaning the building in preparation for Goodyear's new Corporate Headquarters. This was a different experience for me – a Process Equipment Design Engineer. The performance of your Asset Sales, Inc. Team of preparing, auctioning, and disposition of the equipment, follow-up with the buyers, and the financial results, all surpassed Goodyear's and my expectations. It was my pleasure to work, as a team, with an honest group of people, who would do whatever was required to get the job done successfully. Special thanks to Mark and Julie Draper for all their on-site work."*

**Jim Hart – Global Engineering & MFG Technology**
**The Goodyear Tire & Rubber Company**

7



# Company Overview

Asset Sales, Inc., Inc. is a *Complete Turn-Key*
**AUCTION, APPRAISING, PRIVATE TREATY SALES AND LIQUIDATING FIRM**
Specializing in the Intricate Details Necessary to Succeed



- **Knowledgeable Staff Provides 120+ Years of Combined Experience**
- **Access to an Extensive Buyer Database**
- **Reliable and Accurate Information**
- **Fully Integrated Services**
- **Single Point of Contact for All Necessary and Potential Needs**

---

*"Dear Gerry, Thank you for the exceptional job provided by you and your staff during the recent auction of our central machine shop. All aspects of this project, from the beginning of negotiations until the final piece of machinery left the premises, were handled very professionally. Asset Sales, Inc. actually performed as promised. Mark and Julie Draper, your field supervisors, managed the pre-auction cleanup and organized the machinery for auction with skills only gained by a vast amount of knowledge and experience. They paid attention to every detail and impressed us by managing the removal of all equipment expediently and without incident, including the final cleaning of the building. Please pass on our appreciation to Lance, Kim, Mike, Dann, Carla, Mark, and especially, Mark and Julie for a job well done. They are truly a great team."*

**Jim R. Jones – Property Manager**
**Harry Hicks – Senior Principle Engineer**
**RJ Reynolds**



# Auction Services

- Live Onsite Auctions
- Online Bidding Available
- Outright Purchase Auctions
- Guaranteed Participation Auctions
- Commission Auctions
- Individual Machinery Sales



*"Dear Gerry, I would like to take this opportunity to thank you for a job well done by your complete staff. You have now performed 2 Auctions for me in which they were both executed with extreme professionalism. Your company performs a service from beginning to end that is unmatched by your competition. As with our 1st auction, many of the attendees commented on the level of organization in which the auction was handled. If a need for your services is required in the future, I will definitely contact Asset Sales, Inc.."*

**Wayne Uhl – Director of Operations**
**Detroit Tool & Engineering Industries, Inc.**

9



# Client Relations

**Asset Sales, Inc., Inc. has successfully completed 100's of Industrial Auctions for Corporations including…**















*"Dear Gerry, Alfa Laval appreciated the professionalism demonstrated by Asset Sales, Inc., Inc. in the auction of our excess manufacturing inventory.  Your company won our business in a very competitive market and the results demonstrated why Asset Sales, Inc., Inc. is the recognized leader in the market place…The excellence in the event preparation and advertising was clearly demonstrated in the crowds that showed up for both preview and auction day.  The auction process itself was an event to behold.  Your team kept the bidders focused on the equipment and its value.  It was a long day, but not once was there a moment's delay in selling Alfa Laval equipment to the high bidder.  Financial results were beyond expectations.  Thank you and each member of your team in making the auction of our excess equipment a resounding success.  It is now time to start planning for auction 2.  The success of auction 1 has won Asset Sales, Inc., Inc. sole source procurement status with Alfa Laval."*

**Bruce E. Ross – General Manager, Operations**
**Alfa Laval**



# Industry Experience

- Metalworking/ Machine Tools
- Iron/ Steel Fabrication
- Laser Fabrication
- Foundry
- Aerospace/ Defense
- Construction/ Mining/ Forestry
- Commercial Printing
- Biotech/ Medical/ Pharmaceuticals
- Plastics

- Plant Support/ Facility Equipment
- Material Handling
- Power Electrics
- Woodworking/ Mills
- Electric Components
- Electronic Test/ Measurement
- Primary Metals
- Textile Manufacturing
- Vehicles/ Commercial Transportation

*"Dear Gerry, The auction conducted December 11, 2001 on behalf of Industrial Machining Technology, Inc. was a complete success. You and your very professional staff did exactly what you said you would, and obtained exactly the results you predicted. Your conviction and courage in giving IMT a very substantial guarantee before the auction gave me a high level of confidence in your abilities. My confidence in your performance was justified at every step throughout the process. I could not be more pleased. Please feel free to use this as a letter of recommendation. Thanks again for a great job."*

**Theodore E. Hall – President**
**Industrial Machining Technology, Inc.**

11



# Professional Affiliations

**Asset Sales, Inc., Inc. Personnel are Affiliates of the
Top Professional Organizations in the Auction Business…**



**Industrial Auctioneers Association**



**Auctioneers Association of North Carolina**



**Graduate Personal Property Appraiser**



**National Association of Bankruptcy Trustees**



**Auction Marketing Institute**



**International Society of Appraisers**



**National Auctioneers Association**



**Turnaround Management Association**





**International Association of Used Equipment Dealers**



**Risk Management Association**

*"Dear Gerry, Many thanks to you and your staff for all your hard work to make the auction held earlier this month in Springfield, VT such a huge success. We appreciated the long hours worked and the extra effort shown by your employees. Asset Sales, Inc. personnel were helpful and knowledgeable with every aspect of the auction from taking the initial inventory to preparing the final tally. The large number of potential buyers at the auction was evidence of your advertising capabilities."*

Ron Douglas
Park Corporation



# Asset Sales, Inc., Inc. Personnel

The dedicated employees of Asset Sales, Inc., Inc. are experienced in individual specific areas, allowing our company to carry out the necessary steps to ensure a successful auction sale!

Asset Sales, Inc. provides all of the necessary people and materials in preparation for the auction sale:

- *A field supervisor and necessary assistants. These individuals are responsible for cleaning and arranging the machinery and equipment to generate the highest possible bid prices.*

- *Facility Write-Ups (Exhibit A) will be created and utilized for marketing and advertising the auction. The Exhibit A consists of in-depth machine and equipment descriptions. A professional photographer will likewise be responsible for documenting visual examples of each machine in order to effectively advertise and market the sale.*

- *Accounting personnel will be available onsite before, during and after the auction to discuss all financial details and payment information with bidders.*

- *Fully Licensed, Professional Auctioneers. These individuals are value-oriented and dedicated to conducting a successful auction sale.*

- *Personnel to carry-out registration, check out, etc.*

Our onsite supervisors work in conjunction with our staff located at our Corporate Headquarters to provide the best possible results for SOUTHEASTERN METAL PRODUCTS via marketing, advertising and customer support.

"Dear Gerry, **Another successful auction.** It's great to work with an organization that knows how to get the most out of liquidating assets. Your team of professionals were on top of the auction planning process, at our Boonville, Indiana facility, of cataloging assets, brochure planning and marketing, asset preparation/ cleaning, auction day organization and record-keeping, post auction accounting and cash transfer and asset removal. I cannot say enough about your organization's flexibility in all areas of the process. You have shown us time and again that Asset Sales, Inc. is the group to work with when liquidating assets. Having had other auctions, I know this is not the case with all firms. I would be pleased to act as a reference to your other clients and prospects. Once again, thanks for a great job."

**John F. Bosbous – Treasurer**
**Bucyrus International, Inc..**

13



# Auction Process Overview

- ❑ **Phase I** – Initial Assessment
    - ❑ Physical Plant Inspection & Assessment
    - ❑ Assess Asset Market Value & Gross Proceeds
    - ❑ Determine Optimal Sales Strategy & Budgets
    - ❑ Contract Execution

- ❑ **Phase II** – Process Implementation
    - ❑ Site Preparation & Setup
    - ❑ Photos and Exhibit A Write-up Executed
    - ❑ Marketing (Website, Direct Mail, Email Blasts, Trade Magazines, Brochures, Etc.)
    - ❑ Bidder Inspection (On-site or Website Viewing)
    - ❑ **AUCTION DAY**

- ❑ **PHASE III** – Process Completion & Final Settlement
    - ❑ Invoicing & Collection of Sales Proceeds
    - ❑ Checkout & Removal of Machinery and Equipment from Facility
    - ❑ Settlement & Reporting

*"Dear Gerry, Just a note of thanks for the outstanding job you and your staff did for us in Brunswick on November 30th. It pays to have true "professionals" on board when faced with a situation like ours. I was really impressed with the number of quality buyers you attracted to a location off the beaten path. The brochure, the set-up, the registration, the auction, the collection of proceeds – everything, was super with your staff handling it all. Please pass on our congratulations to Mike, Jeff, Lance, and Kim for a job well done. If we ever need another auction, you'll be the first call we make."*

**Thomas R. Feagin – Chief Financial Officer**
**Braswell Service Group, Inc.**

# Marketing/Advertising

### Printed Brochures & Postcards
- Full color, comprehensive booklets featuring pictures of machinery/equipment with descriptions of your facility's assets

### Emails
- Via our in-house email address list, we will advertise the auction sale and featured equipment (approximately 3+ blasts sent)
- Email addresses are obtained from Asset Sales, Inc., Inc. past buyer database and Trade Publications – will be targeted for a particular industry
- Emails are professionally formatted with photographs of equipment and a written summary of featured machinery, including all pertinent information
- Embedded links to Website, PDF Brochure and Online Bidding options
- Success of the E-Blast will be measured by studying the comprehensive statistics reported subsequent to the completion of the blast

### Industry Publications
- Innovative advertisements created in-house will be placed in several trade journals specific to your facility, as well as trade journals that are well versed in all equipment

### Website
- The goal is to effectively drive all potential buyers to our website, enabling buyers to view all pertinent information provided on the auction sale
- Visitors will be able to download the complete, full color brochure for the auction
- Buyers can view the entire lot book for your upcoming auction
- Website provides potential buyers with the option to participate in Webcast Bidding, including a link to register and comprehensive instructions

### Newspapers
- Advertisements will be placed in the Classified section of all relevant city's newspapers; including major cities and surrounding areas

### Targeted List Development and Market Mailings
- List Rentals from Trade Publications to ensure advertisements and marketing materials are reaching the appropriate parties
- Asset Sales, Inc., Inc. mailing lists updated regularly to compensate for new subscribers and address changes



15

# Auction Day

- **Live On-Site & Webcast Options**
    - Live On-Site auctions are sales held on location at the plant. Buyers will bid on machinery and equipment in person
    - Online Bidding enables remote bidders to compete (in real-time) with onsite bidders
    - Webcast bidders may inspect the equipment in person or contract with a third-party inspector. In order to obtain a buyer number/ bidder number for a sale, the buyer must register for the **specific auction** through asset-sales.com and provide all the required information in order to receive approval to participate in your auction
- **Live On-Site Procedure**
    - Buyers inspect assets at facility or via website
    - Buyers agree to Asset Sales, Inc., Inc.'s Terms and Conditions
    - Winning Buyer is provided an invoice with complete description of items purchased; invoice must be paid in full prior to removing any purchases
    - Paid invoices must be presented to on-site supervisor at the time of equipment removal; all payments will be confirmed with ASI's accounting personnel
    - Any machinery dismantlers hired by the buyer must present a "Certificate of Insurance"
    - Taxes – Appropriate taxes will be collected by Asset Sales, Inc., Inc.; Buyers that are tax exempt must present the appropriate documentation
- **Webcast Bidding Information**
    - Buyer is able to view a live-stream of the auction; photo and description of item provided as well
    - Buyer will indicate the amount they bid on an item and personnel that manage the website will immediately relay that bid to the onsite auctioneer. The onsite auctioneer will announce an online bid has been placed




16



# Post-Auction Process Completion

- Buyer(s) will receive invoice within 24 hours of sale completion; Payments are required within 24 hours of buyer receiving invoice.
- Buyers to checkout and remove all of their purchases within the allotted time frame; Buyers are required to remove the equipment (hand held items exempt) via a rigging company. Responsible machinery riggers that carry an adequate amount of worker's compensation insurance in addition to a minimum of $1,000,000.00 in liability insurance. **ALL** of the previously stated is the responsibility of Asset Sales, Inc., Inc.
- Within 30 days of the auction sale, expect a comprehensive report including:
    - Lot Sales Report – each lot will be accounted for through a description indicating the final sale price of the item
    - Summary Reports for Each Buyer
    - Overall Financial Summary




*"Dear Gerry, I hope this finds you well. Mike Castor, Ryan Gamber, and other Clean Burn colleagues have provided very favorable feedback regarding how you and your organization managed and conducted our auction on June 2, 2009. Thank you for the exceptional level of professionalism shown to my colleagues and me by your company. It's been a real pleasure working with each of your team members including Lance, Kim Harris, and Mike Noble! Thank you very much."*

Larry J. Nissley, C.P.M – Director of Supply Chain Management
Clean Burn Energy Systems



# Auction Trade References
**\*\* More references can be supplied upon request \*\***

| | |
|---|---|
| **Alfa Laval**<br>Bruce Ross<br>General Manager<br>(480) 502-2714 | **VTL Precision (Charleston, SC)**<br>Jeff Teague<br>(843) 821-4688 ext.204 |
| **Kanawha Manufacturing Co.**<br>Richard Heath<br>(304) 342-6127 | **Cornerstone Machining**<br>Mike Coldwell<br>(760) 644-1515 |
| **Bank of Bolivar**<br>Brad Gregory<br>(417) 777-6500 | **Montana Tractors**<br>Ted Wade<br>President<br>(479) 780-1862 |
| **The Hicksville Bank**<br>Bruce Fackler<br>(419) 542-7726 | **The Boeing Company**<br>Craig Pitts<br>Capital Asset Administrator<br>(206) 280-1149 |

# Bank References

**Matthew Whitt**
BB&T
512 North Hayne Street
Monroe, North Carolina  28112
(704) 289-7245

"Dear Mr. Mannion, I am writing to express my appreciation for the outstanding job you and your team did in handling the auction of the Robert Bosch Tool facility's equipment.  When Bosch announced that this facility was closing, I was given the responsibility of ensuring that all the equipment was cleaned to meet environmental and safety standards before it was sold…Mark and Julie (along with the assistance of Jeff) arrived on-site, (and) jumped in and took over the cleaning duties.  I was amazed at how quickly they had this facility organized, cleaned and ready for auction…Not only did Mark and Julie do a great job, but they also became our friends.  This is hard to find in today's world of business.  Also, on the days of the sale, I couldn't believe the number of buyers that attended.  That just shows your commitment to making this sale a great success.  Bosch made the right decision in contracting Asset Sales, Inc. to handle its sale.  Again, thanks for a job well done.  I would highly recommend Asset Sales, Inc. to anyone."

Wade Roberson – Environmental Safety Coordinator
Robert Bosch Tool Corporation

18

# Top Ten Reasons to Choose the Asset Sales, Inc. Team

1. To Receive the Most Money Possible for the Sale of Your Assets

2. We Have the Most Knowledgeable Personnel in the Industry with 120+ Years of Experience

3. Proven Track Record of Successful Marketing and Advertising to Drive Buyers to Your Auction

4. Assurance that Your Plant is Properly Laid Out, Photographed and Merchandised

5. Utilize a Single Point of Contact for All Your Auction Needs

6. Access to an Extensive Database of Potential Buyers

7. Work with a Well-Respected Team

8. Ensure You and the Potential Buyers are Receiving Reliable and Accurate Information

9. To Know that You Have Live and Internet Bidding Options for Your Sale

10. **WE SAY WHAT WE DO AND DO WHAT WE SAY!**

*"Dear Gerry, It was certainly a pleasure working with Asset Sales, Inc. regarding the closing and auctioning of our shop. The entire deal went just as you said it would. The setup appeared to be perfect and the prices at the auction seemed to prove it. What a job of auctioning Lance did. In face, the set up, auctioning, bookkeeping and check-out went very smoothly. Gerry, I would not hesitate to recommend Asset Sales, Inc. to anyone considering holding an auction. You guys did a great job. Thanks again."*

Peter Beier
Rheinlander Instrument Corporation

19