## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SOUTHEASTERN METAL PRODUCTS LLC, et al., | Case No. 19-10989 (BLS) |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on July 10, 2020, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed in **Exhibit A** and (ii) via first class mail, postage prepaid, to the parties listed in **Exhibit B** attached hereto:

- **Notice of (I) Entry of Order Confirming and Occurrence of Effective Date of Amended Joint Plan of Orderly Liquidation of the Debtors and the Official Committee of Unsecured Creditors; (II) Bar Date for Administrative Claims; and (III) Certain Releases and Injunction Thereunder [Docket No. 469].**

Dated: July 10, 2020

Colin Linebaugh
Omni Management Group
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 10th day of July, 20 20, by Colin Linebaugh proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] Debtors are the following entities (the last four digits of its taxpayer identification numbers follow in parentheses): Southeastern Metal Products LLC, (3419) and SEMP Texas LLC (9192). The Debtors' addresses are 1420 Metals Drive, Charlotte, North Carolina, 28206 and 15400 Long Vista Drive, Suite 101, Austin, Texas 78728, respectively.

# **EXHIBIT A**

**Southeastern Metal Products, LLC, et al. -  Service List to e-mail Recipients**

ASHBY & GEDDES, P.A.
GREGORY A. TAYLOR
GTAYLOR@ASHBYGEDDES.COM

BARBEE & GEHRT, LLP
JENNIFER A. GEHRT
JGEHRT@BGLAW.NET

BIELLI & KLAUDER, LLC
DAVID KLAUDER
DKLAUDER@BK-LEGAL.COM

BIELLI & KLAUDER, LLC
THOMAS D. BIELLI
TBIELLI@BK-LEGAL.COM

CIARDI CIARDI & ASTIN
ALBERT A. CIARDI, III
ACIARDI@CIARDILAW.COM

CONNOLLY GALLAGHER LLP
KAREN C. BIFFERATO
KBIFFERATO@CONNOLLYGALLAGHER.COM

CONNOLLY GALLAGHER LLP
KELLY M. CONLAN
KCONLAN@CONNOLLYGALLAGHER.COM

DEBORAH KIRKPATRICK, PC
ANASTASIA P. KEZMAN
ANASTASIAK10@COX.NET

LOWENSTEIN SANDLER, LLP
JEFFREY D. PROL
JPROL@LOWENSTEIN.COM

LOWENSTEIN SANDLER, LLP
MARY SEYMOUR
MSEYMOUR@LOWENSTEIN.COM

MORRISON & FORESTER LLP
ALEXANDER G.RHEAUME
ARHEAUME@MOFO.COM

NORTHERN TRUST CORP
CHERYL CULP
CHC1@NTRS.COM

OFFICE OF THE UNITED STATES TRUSTEE
DAVID L. BUCHBINDER
DAVID.L.BUCHBINDER@USDOJ.GOV

RICHARDS, LAYTON & FINGER, P.A
BRETT M. HAYWOOD
HAYWOOD@RLF.COM

RICHARDS, LAYTON & FINGER, PA
MICHAEL MERCHANT
MERCHANT@RLF.COM

WEIR & PARTNERS LLP
JEFFREY S. CIANCIULLI
JCIANCIULLI@WEIRPARTNERS.COM

WOMBLE BOND DICKINSON
RICHARD A. PROSSER
RICHARD.PROSSER@WBD-US.COM

Parties Served:  17

# EXHIBIT B

**Southeastern Metal Products, LLC, et al. - U.S. Mail**                                    Served 7/10/2020

3MM / SCOTT
4320 GOLDMINE RD
MONROE, NC 28110

567 LOGISTICS
118 S E ST
BELTON, TX 76513-3251

5-F MECHANICAL GROUP INC
ATTN: SONDRA K. SCHNAUTZ
P.O. BOX 81305
AUSTIN, TX 78708-1305

5-F MECHANICAL GROUP, INC
ATTN: DAVID SCHNAUTZ
P.O. BOX 81305
AUSTIN, TX 78708-1305

5-F MECHANICAL GROUP, INC.
ATTN: DAVID SCHNAUTZ
P.O. BOX 81305
AUSTIN, TX 78708-1305

AALBERTS SURFACE TREATMENT
162 CORPORATE DR SW
CLEVELAND, TN 37311-8083

AALBERTS SURFACE TREATMENT
162 CORPORATE DRIVE SW
CLEVELAND, TN  37311

AALBERTS SURFACE TREATMENT
ATTN: MICHAEL BASINSKY
162 CORPORATE DRIVE SW
CLEVELAND, TN  37311

AALBERTS SURFACE TREATMENT
MICHAEL BASINSKY
162 CORPORATE DR. SW
CLEVELAND, TN 37311

AARON GENTLE
ADDRESS REDACTED

ACTION SUPPLY PRODUCTS INC
2260 RAEFORD CT
GASTONIA, NC 28052-8422

AERIS ENVIRONMENTAL, INC
1440 BLUEBERRY LN
CHARLOTTE, NC 28226-6525

AERIS ENVIRONMENTAL, INC
ATTN: KEVIN SCOTT WOODS
1440 BLUEBERRY LN
CHARLOTTE, NC 28226

AGORA
2101 28TH ST N
ST. PETERSBURG, FL 33713-4246

AIR POWER, INC
1430 TRINITY AVE
HIGH POINT, NC 27260-8360

AIR POWER, INC
1430 TRINITY AVE
HIGH POINT, NC 28762

AIRGAS NATIONAL WELDERS
ATTN: TOMMY HELMS
5315 OLD DOWD RD
CHARLOTTE, NC 28208-5431

AIRGAS NATIONAL WELDERS
ATTN: TOMMY HELMS
5315 OLD DOWD RD
CHARLOTTE, NC 28266-8804

AIRGAS USA LLC
ATTN: BRENDA D HIRTH
2015 VAUGHN RD, BLDG 400
KENNESAW, GA 30144

AIRGAS USA, LLC
ATTN: RIKKI DIXON
110 W 7TH ST, STE 1300
TULSA, OK 74119

AIRHANDLING EQUIPMENT, INC
1389 RIVERSIDE DR
SIDNEY, OH 45365-9155

ALBERT FRAZIER
ADDRESS REDACTED

ALEX KHANHPHANE
ADDRESS REDACTED

ALLIED FENCE & SECURITY
ATTN: CHARLOTTE NORTON
13350 OLD KIMBRO RD, BLDG A
MANOR, TX 78653

ALLIED FENCE AND SECURITY
13350 OLD KIMBRO RD, BLDG A
MANOR, TX 78653

AMBASSADOR PERSONNEL
4600 PRAK RD, STE 220
CHARLOTTE, NC 28209-2374

AMBASSADOR PERSONNEL, INC.
ATTN: G. SCOTT MORGAN
P.O. BOX 2057
THOMASVILLE, GA 31799

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS, TX 75265-0448

AMERICAN EXPRESS
TRAVEL RELATED SERVICES COMPANY, INC
C/O BECKET AND LEE LLP
ATTN: LARRY BUTLER
P.O. BOX 3001
MALVERN, PA 19355

AMERICAN EXTRUDED PLASTICS, INC
938 REYNOLDS PL
GREENSBORO, NC 27403-2212

AMERICAN EXTRUDED PLASTICS, INC.
ATTN: LISA CONKLIN
938 REYNOLDS PL
GREENSBORO, NC 27403

AMERICAN METAL TREATING, INC
500 MANLEY ST
HIGH POINT, NC 27260-7055

AMERICAN METAL TREATING, INC
ATTN: BRANT RAMM
P.O. BOX 4157
HIGH POINT, NC 27263

**Southeastern Metal Products, LLC, et al. - U.S. Mail**

AMERICAN SCALE COMPANY LLC
7231 COVE CREEK DR
CHARLOTTE, NC 28215-1854

AMOS HALL
ADDRESS REDACTED

ANDREA DUNLOP
ADDRESS REDACTED

ANDREW CRATSLEY
ADDRESS REDACTED

ANDY RAYBURN
ADDRESS REDACTED

ANTHONY MILLER
ADDRESS REDACTED

ANTHONY TAYLOR
ADDRESS REDACTED

ANTHONY TONAUS
ADDRESS REDACTED

AO PRECISION MANUFACTURING
1870 MASON AVE
DAYTONA BEACH, FL 32117

AO PRECISION MANUFACTURING LLC
ATTN: JOHN HUBER
950 3RD AVE, 22ND FL
NEW YORK, NY 10022

AO PRECISION MANUFACTURING LLC
ATTN: STEPHEN P. KOCH
1870 MASON AVE
DAYTONA BEACH, FL 32117

APEX FLOATING NUT RETAINER LLC
8824 UNION MILLS DR
CAMBY, IN 46113-9705

ARGO PARTNERS
ATTN: PAUL S BERG
RE: AIRHANDLING EQUIPMENT, INC
12 W 37TH ST, 9TH FL
NEW YORK, NY 10018

ARGO PARTNERS
ATTN: PAUL S BERG
RE: CA FOY MACHINE COMPANY
12 W 37TH ST, 9TH FL
NEW YORK, NY 10018

ARIEL REYES
ADDRESS REDACTED

ARMANDO PEREZ
ADDRESS REDACTED

ASHEVILLE PAINT & POWDER COAT, INC
ATTN: WILL KAYLOR
P.O. BOX 25028
ASHEVILLE, NC 28803

ASHEVILLE PAINT & POWDER COAT, INC
ATTN: WILL KAYLOR
P.O. BOX 25028
ASHEVILLE, NC 28813

ASHEVILLE PAINT AND POWDERCOAT
ATTN: DAVID WILLIAM KAYLOR
16 OLD CHARLOTTE HWY
ASHEVILLE, NC 28803

ASHEVILLE PAINT AND POWDERCOAT
ATTN: WILL KAYLOR
16 OLD CHARLOTTE HWY
ASHEVILLE, NC 28803

ASHEVILLE PAINT POWDERCOAT, INC
16 OLD CHARLOTTE HWY
ASHEVILLE, NC 28803-9404

ATHENA MANUFACTURING, LP
15900 BRATTON LN
AUSTIN, TX 78728

ATHENA MANUFACTURING, LP
ATTN: JOHN NEWMAN
15900 BRATTON LN
AUSTIN, TX 78728

ATLANTIC CORPORATION
P.O. BOX 60002
CHARLOTTE, NC 28260-0002

ATLANTIC CORPORATION OF WILMINGTON INC.
ATTN: KIM SHOLAR
806 N 23RD ST
WILMINGTON, NC 28405

ATLAS COPCO COMPRESSORS LLC
300 TECHNOLOGY CENTER DR, STE 550
ROCK HILL, SC 29730-0175

ATLAS COPCO COMPRESSORS LLC
ATTN: NORINE L. AURETTA
92 INTERSTATE DR
WEST SPRINGFIELD, MA 01089

ATMOS ENERGY, CORP
P.O. BOX 650205
DALLAS, TX 75265-0205

AUSTIN SMITH
ADDRESS REDACTED

AUTOMATED MANUFACTURING SOLUTIONS, INC
19706 PROGRESS DR
STRONGSVILLE, OH 44149-3208

AUTOMATED MANUFACTURING SOLUTIONS, INC.
ATTN: THOMAS P. SETELE
19706 PROGRESS DR
STRONGSVILLE, OH 44149

AVERITT EXPRESS
ATTN: MARILYN SUSANNE HYDEN
1415 NEAL ST
COOKEVILLE, TN 38502

AVERITT EXPRESS
ATTN: MARILYN SUSANNE HYDEN
P.O. BOX 3166
COOKEVILLE, TN 38502

Southeastern Metal Products, LLC, et al. - U.S. Mail

AVERITT EXPRESS, INC
P.O. BOX 3145
COOKEVILLE, TN 38502-3145

BEACON ATANDO LLC
ATTN: JON L. MORRIS
500 E MOREHEAD ST, STE 200
CHARLOTTE, NC 28202

BEACON ATANDO LLC
C/O BEACON INDUSTRIAL LLC
500 E MOREHEAD ST, STE 200
CHARLOTTE, NC 28202-3353

BEACON ATANDO LLC
C/O MOORE & VAN ALLEN PLLC
ATTN: COLE RICHINS
100 N TRYON ST, STE 4700
CHARLOTTE, NC 28202

BEARING DISTRIBUTORS DRIVES, INC
1036 UPPER ASBURY AVE
CHARLOTTE, NC 28206-1509

BENJAMIN NEALE
ADDRESS REDACTED

BERNARD HAMILTON
ADDRESS REDACTED

BILLY H. KELLEY
ADDRESS REDACTED

BISHOP METAL STAMPING
10500 JOHN PRICE RD
CHARLOTTE, NC 28273-4527

BLAKE   PENDLETON, INC
269 N ST
MACON, GA 31206-1023

BLAKE & PENDLETON INC
269 N ST
MACON, GA 31206-1023

BLAKE & PENDLETON INC
ATTN: ERICA LEWIS
200 CHERRY ST, STE 402
MACON, GA 31201

BLISS BARNETT JR.
ADDRESS REDACTED

BLISS, CLEARING AND NIAGARA
P.O. BOX 1041
NEW YORK, NY 10268-1041

BOBCAD-CAM INC
28200 US HWY 19 N, STE E
CLEARWATER, FL 33761-2625

BOLDEN DIE SUPPLY COMPANY
P.O. BOX 76813
CLEVELAND, OH 44101-6500

BOODELL & DOMANSKIS, LLC
353 N CLARK ST, STE 1800
CHICAGO, IL 60654-3455

BOODELL DOMANSKIS, LLC
353 N CLARK ST, STE 1800
CHICAGO, IL 60654-3455

BOYD CORPORATION
600 S MCCLURE RD
MODESTO, CA 95357-0520

BRENT BARBEE
ADDRESS REDACTED

BRIAN COLE
ADDRESS REDACTED

BRIAN DERSCH
ADDRESS REDACTED

BRIAN JONES
ADDRESS REDACTED

BUCKEY FASTENER
5250 W 164TH ST
CLEVELAND, OH 44142-1597

BUCKEYE ANODIZING & STAMPING
110 KINGS RD
KINGS MOUNTAIN, NC 28086-2090

BUCKEYE ANODIZING STAMPING
110 KINGS RD
KINGS MOUNTAIN, NC 28086-2090

BYRON MCNEIL
ADDRESS REDACTED

C FRYE ASSOCIATES, INC
P.O. BOX 3655
GASTONIA, NC 28054-0037

C. FRYE & ASSOCIATES, INC
ATTN: JANET F. DIMEO
P.O. BOX 3655
GASTONIA, NC 28054

CA FOY MACHINE COMPANY
265 KINGS RD
P.O. BOX 706
KINGS MOUNTAIN, NC 28086-0706

CALVIN SCERCY
ADDRESS REDACTED

CARDINAL PAINT AND POWDER, INC
540 VANDEVER ST
HIGH POINT, NC 27260-8176

CARL YOUNG
ADDRESS REDACTED

**Southeastern Metal Products, LLC, et al. - U.S. Mail**

CAROLINA DOOR SPECIALTIES
P.O. BOX 680667
CHARLOTTE, NC 28216-0012

CAROLINA DOOR SPECIALTIES, LLC
ATTN: BETH MCMAHAN
P.O. BOX 680667
CHARLOTTE, NC 28216

CAROLINA INDUSTRIAL TRUCKS, INC
P.O. BOX 411391
CHARLOTTE, NC 28241-1391

CATERILLAR, INC.
P.O. BOX 93344
CHICAGO, IL 60673-3344

CATERPILLAR, INC
ATTN: K. KELLER
100 NE ADAMS ST
PEORIA, IL 61629

CATERPILLAR, INC
P.O. BOX 93344
CHICAGO, IL 60673-3344

CELLCO PARTNERSHIP
ATTN: WILLIAM VERMETTE
DBA VERIZON WIRELESS
22001 LOUDOUN COUNTY PKWY
ASHBURN, VA 20147

CENTURY FIRE PROTECTION
1227 26TH ST SE
HICKORY, NC 28602-7317

CHANLEY OUK
ADDRESS REDACTED

CHARLES CROMARTIE
ADDRESS REDACTED

CHARLES ROBINSON
ADDRESS REDACTED

CHARLES WILLIAMS
ADDRESS REDACTED

CHARTER COMMUNICATIONS
C/O CREDIT SERVICES SMB
ATTN: GRANT J VIDMAR
1600 DUBLIN RD
COLUMBUS, OH 43215

CHEM-STRIP OF ALAMANCE, INC
333 MACARTHUR LN
BURLINGTON, NC 27217-8739

CHEM-STRIP OF ALAMANCE, INC
ATTN: KELLY T. STOREY
333 MACARTHUR LN
BURLINGTON, NC 27217

CHERYL WHEELER
ADDRESS REDACTED

CHRISTOPHER CASTORINA
ADDRESS REDACTED

CHRISTOPHER PHARR
ADDRESS REDACTED

CIARDI CIARDI & ASTIN
ATTN: ALBERT A. CIARDI, III
2005 MARKET ST, STE 3500
PHILADELPHIA, PA 19103

CINCINNATI INCORPORATED
ATTN: DANIEL SHAW
7420 KILBY RD
HARRISON, OH 45030

CINCINNATI INCORPORATED
P.O. BOX 44719
MADISON, WI 53774-4719

CINTAS CORPORATION  NO.2
C/O TAYLOR, TAYLOR & RUSSELL
ATTN: ALLEN D. RUSSELL
2777 ALLEN PKWY, STE 1000
HOUSTON, TX 77019

CINTAS FIRST AID AND SAFETY
CINTAS FAS
P.O. BOX 636525
CINCINNATI, OH 45263-6525

CITY OF CHARLOTTE
P.O. BOX 1316
CHARLOTTE, NC 28201-1316

CITY-COUNTY NC TAX COLLECTOR
P.O. BOX 31637
CHARLOTTE, NC 28231

CLARENCE EDWARDS
ADDRESS REDACTED

CLIFFORD MCCLAIN
ADDRESS REDACTED

CLIFFORD MOORE
ADDRESS REDACTED

COAST INTERNATIONAL SERVICES
4512 WILKINSON BLVD
CHARLOTTE, NC 28208-5531

COAST INTERNATIONAL SERVICES, INC.
ATTN: PATRICIA KNOSBY
4512 WILKINSON BLVD
CHARLOTTE, NC 28208

COHNREZNICK LLP
350 CHURCH ST
HARTFORD, CT 06103-1136

COHNREZNICK LLP
ATTN: MATT PERCONTINO
4 BECKER FARM ROAD
ROSELAND, NJ 07068

COIL PLUS-NORTH CAROLINA, INC
426 CHIMNEY ROCK RD
GREENSBORO, NC 27409-9260

**Southeastern Metal Products, LLC, et al. - U.S. Mail**                                    Served 7/10/2020

COIL PLUS–NORTH CAROLINA, INC
426 CHIMNEY ROCK RD
GREENSBORO, NC 27419

COLONIAL FUEL AND LUBRICANT SERVICES, INC.
ATTN: TRACY JACOBS
101 N LATHROP AVE
SAVANNAH, GA 31415

COMMERCIAL VEHICLE GROUP (CVG)
7800 WALTON PKWY
NEW ALBANY, OH 43054-8233

COMMERCIAL VEHICLE GROUP CVG
7800 WALTON PKWY
NEW ALBANY, OH 43054-8233

COMMERCIAL VEHICLE GROUP, INC.
ANEEZAL MOHAMED
7800 WALTON PARKWAY
NEW ALBANY, OH 43054

COMMERCIAL VEHICLE GROUP, INC.
ATTN: ANEEZAL MOHAMED
7800 WALTON PARKWAY
NEW ALBANY, OH 43054

COMMSCOPE
93288 NETWORK PL
CHICAGO, IL 60673-3283

COMPSYCH
NBC TOWER 13TH FL
455 N CITYFRONT PLAZA
CHICAGO, IL 60611-5377

COMPSYCH CORPORATION
ATTN: BOB MALLERS CFO
455 N CITYFRONT PLAZA DR, 13TH FL
CHICAGO, IL 60611

CONCENTRA MEDICAL CENTERS
CENTRAL BUSINESS OFFICE
P.O. BOX 82730
HAPEVILLE, GA 30354-0549

CONCISE MANUFACTURING
P.O. BOX 1122
SALISBURY, NC 28145

CONCISE MANUFACTURING
P.O. BOX 1122
SALISBURY, NC 28145-1122

CONSOLIDATED ELECTRICAL DIST
P.O. BOX 30096
CHARLOTTE, NC 28230-0096

CONSOLIDATED ELECTRICAL DIST
P.O. BOX 30096
CHARLOTTE, NC 28320-0096

CONSOLIDATED ELECTRICAL DISTRIBUTOR
ATTN: NATHAN LUKE
309 S FUQUAY AVE
FUQUAY-VARINA, NC 27526

CONSOLIDATED ELECTRICAL DISTRIBUTOR
P.O. BOX 936339
ATLANTA, GA 31193-6339

CORAL CHEMICAL COMPANY
1915 INDUSTRIAL AVE
ZION, IL 60099-1435

CURTIS HODGES
ADDRESS REDACTED

CUSTOM HYDRAULICS & DESIGN
3822 STATESVILLE AVE
CHARLOTTE, NC 28206-1013

CUSTOM HYDRAULICS DESIGN
3822 STATESVILLE AVE
CHARLOTTE, NC 28206-1013

D.A.MOORE CORPORATION
36 OAK DR SW
CONCORD, NC 28027-7107

D.B. ROBERTS COMPANY
ATTN: CAROLYN DESCHENES
2300 WESTINGHOUSE BLVD
RALEIGH, NC 27604

D.B. ROBERTS, INC.
ATTN: JAMES E. LEWIS
56 JONSPIN RD.
WILMINGTON, MA 01876

DAMOORE CORPORATION
36 OAK DR SW
CONCORD, NC 28027-7107

DANIEL J. RHINEHART
ADDRESS REDACTED

DARIEN FOREMAN
ADDRESS REDACTED

DARRELL WITHERSPOON
ADDRESS REDACTED

DARYLE BATTLE
ADDRESS REDACTED

DAVID DENTON
ADDRESS REDACTED

DE LAGE LANDEN
ATTN: ANDREW CHESBRO
1111 OLD EAGLE SCHOOL RD
WAYNE, PA 19087

DEBORAH CURETON
ADDRESS REDACTED

DEBRA BISHOP
ADDRESS REDACTED

DEERE-HITACHI
P.O. BOX 1187
KERNERSVILLE, NC 27284

**Southeastern Metal Products, LLC, et al. - U.S. Mail**

DELAWARE SECRETARY OF STATE
ADDRESS REDACTED

DEMETRIUS MATTHEWS
ADDRESS REDACTED

DERRICK MCKOY
ADDRESS REDACTED

DEVAGIO BYERS
ADDRESS REDACTED

DEVAULTS REPAIR SHOP
68243 ADOLPH ST
BRIDGEPORT, OH 43912-1541

DGI SUPPLY / A DOALL COMPANY
12255A NATIONS FORD RD
PINEVILLE, NC 28134-6418

DIAMOND METALS DIST. LLC
ATTN: ANA PASTRANA-HALSE
4635 W 160TH ST
CLEVELAND, OH 44135

DIAMOND METALS DISTRIBUTION, INC
4635 W 160TH ST
CLEVELAND, OH 44135-2629

DIECO LLC
30600 AURORA RD, STE 160
SOLON, OH 44139-2767

DIEHL STEEL
800 ROSS AVE
CINCINNATI, OH 45217-1794

DIVISION OF UNEMPLOYMENT INSURANCE
DEPARTMENT OF LABOR
4425 N MARKET ST
WILMINGTON, DE 19802

DOMENIC INGRAM
ADDRESS REDACTED

DONALD SUBER
ADDRESS REDACTED

DONALD TURNER
ADDRESS REDACTED

DONNELL HOUSTON
ADDRESS REDACTED

DONNY PHILLIPS
ADDRESS REDACTED

DUKE ENERGY
LYNN M. COLOMBO
550 S TRYON ST
LEGAL BANKRUPTCY-DEC45A
CHARLOTTE, NC 28202

DUKE ENERGY
P.O. BOX 70515
CHARLOTTE, NC 28272-0515

DUKE ENERGY
P.O. BOX 70515
CHARLOTTE, NC 28272-0516

DUKE ENERGY CAROLINAS
ATTN: LYNN M. COLOMBO
550 S TRYON ST
CHARLOTTE, NC 28202

DURAND GREEN
ADDRESS REDACTED

DWIGHT DAVIS
ADDRESS REDACTED

EARL ARMSTRONG
ADDRESS REDACTED

EARLE M JORGENSEN COMPANY
4015 WESTINGHOUSE BLVD
CHARLOTTE, NC 28273-4518

ECHO ENG AND PROD SUPPLIES, INC
5406 W 78TH ST
INDIANAPOLIS, IN 46268-4149

ECI JOBBOSS, LLC
7701 YORK AVE S
MINNEAPOLIS, MN 55435-5238

ECI JOBBOSS, LLC
7701 YORK AVE S
MINNEAPOLIS, MN 55435-5832

EDGAR KNIGHT JR.
ADDRESS REDACTED

ELBA ROSALES CISNEROS
ADDRESS REDACTED

ELECTRODES INC
11130 DOWNS RD
PINEVILLE, NC 28134-8412

ELECTRODES INC
ATTN: JORDAN FREY
260A QUARRY RD
MILFORD, CT 06460

ELGEN STAFFING
10 RAILROAD AVE
CLOSTER, NJ 07624-1209

EMKA INCORPORATED
1961 FULLING MILL RD
MIDDLETOWN, PA 17057-3125

Southeastern Metal Products, LLC, et al. - U.S. Mail

EMPIREROOFING
16311 CENTRAL COMMERCE
PFLUGERVILLE, TX 78660-2034

ENHANCED POWDER COATING AZZ INC
BANK OF AMERICAN P.O. BOX - AZZ INC
P.O. BOX 843771
DALLAS, TX 75284

ENHANCED POWDER COATING AZZ INC
C/O AZZ METAL COATINGS
ATTN: MARCILE STAUB
1800 WEST 21ST ST
TULSA, OK 74107

ENHANCED POWDER COATING AZZ, INC
ATTN: MARCILE STAUB
3100 WEST 7TH ST, STE 500
FORT WORTH, TX 76107

ENHANCED POWDER COATING AZZ, INC
ATTN: RONDA ODNEAL
3333 N I-35, BDG A
GAINESVILLE, TX 76240

ENHANCED POWDER COATING AZZ,INC.
ATTN: RONDA ODNEAL
3333 N I-35-BDG A
GAINESSVILLE, TX 76240

ENTERPRISE
5029 EQUIPMENT DR
CHARLOTTE, NC 28269

ENTERPRISE HOLDINGS
ATTN: ANDREW PALLADINO
8335 IBM DRIVE STE. 100
CHARLOTTE, NC 28262

ENTERPRISE RENT-A-TRUCK
C/O WOMBLE BOND DICKINSON (US) LLP
ATTN: CHRIS TOWERY
ONE WEST FOURTH ST
WINSTON-SALEM, NC 27101

ENVIROSERVE CHEMICALS, INC
603 S WILSON AVE
DUNN, NC 28334-5832

ENVIROSERVE CHEMICALS,INC
603 S WILSON AVE
DUNN, NC 28334-5832

EPSI
407 E SMITH ST
TIMMONSVILLE, SC 29161-1823

ESTES DESIGN INC
P.O. BOX 79133
CHARLOTTE, NC 28271-7050

ESTES EXPRESS LINES
ATTN: NICOLE A. WASHINGTON
3901 W BROAD ST
RICHMOND, VA 23230

EVELYN ROBINSON
ADDRESS REDACTED

EXPRESS EMPLOYMENT PROFESSIONALS
P.O. BOX 535434
ATLANTA, GA 30353-5434

EXPRESS EMPLOYMENT PROFESSIONALS
P.O. BOX 535434
ATLANTA, GA 30353-6220

FAIRVIEW LOANS IV LLC
119 S. MAIN ST, STE 410
SEATTLE, WA 98104

FAIRVIEW LOANS IV LLC
C/O MORRISON & FOERSTER LLP
ATTN: ALEXANDER G RHEAUME
200 CLARENDON ST, 20TH FLOOR
BOSTON, MA 02116

FAIRVIEW LOANS IV, LC
RE SOUTH STATE BANK
C/O WOMBLE BOND DICKINSON (US) LLP
ATTN: RICHARD PROSSER
555 FAYETTEVILLE ST, STE 1100
RALEIGH, NC 27601

FAIRVIEW LOANS IV, LLC
RE SOUTH STATE BANK
C/O WOMBLE BOND DICKINSON (US) LLP
ATTN: MATTHEW WARD/MORGAN PATTERSON
1313 N MARKET ST, STE 1200
WILMINGTON, DE 19801

FAIRVIEW LOANS IV, LLC
RE SOUTH STATE BANK
C/O WOMBLE BOND DICKINSON (US) LLP
ATTN: RICHARD PROSSER
555 FAYETTEVILLE ST, STE 1100
RALEIGH, NC 27601

FASTENAL COMPANY
ATTN: JOHN MILEK
2001 THEURER BLVD
WINONA, MN 55987

FASTENAL INDUSTRIAL
2738 N GRAHAM ST
CHARLOTTE, NC 28206-3530

FASTENER SUPPLY CO.
ATTN: ERIN SHRUM
PO BOX 7369
CHARLOTTE, NC 28241

FASTENER SUPPLY COMPANY
13410 S RIDGE DR
CHARLOTTE, NC 28273-4710

FEDERAL EXPRESS CORP
P.O. BOX 371461
PITTSBURGH, PA 15250-7461

FEDEX CORPORATE SERVICES, INC.
ATTN: JANET YANOWSKY
3965 AIRWAYS BLVD, MODULE G, 3RD FLR
MEMPHIS, TN 38116

FELIPE RAMIREZ
ADDRESS REDACTED

FORMS & SUPPLY, INC
P.O. BOX 563953
CHARLOTTE, NC 28256-3953

FORMS AND SUPPLY, INC
ATTN: ALEX ALKSNIS
P.O. BOX 563953
CHARLOTTE, NC 28256

FORMS AND SUPPLY, INC.
ATTN: ALEX ALKSNIS
6410 ORR RD
CHARLOTTE, NC 28213

FORMS SUPPLY, INC
P.O. BOX 563953
CHARLOTTE, NC 28256-3953

**Southeastern Metal Products, LLC, et al. - U.S. Mail**                                                      Served 7/10/2020

FUCHS LUBRICANTS CO
17050 LATHROP AVE
HARVEY, IL 60426-6035

FUCHS LUBRICANTS CO
17050 LATHROP AVE
HARVEY, IL 60426-6089

GALION LLC
ATTN: CINDY SHEPHERD, CPA
515 N EAST ST
GALION, OH 44833

GALION LLC
ATTN: JOHN HUBER
950 3RD AVE, 22ND FL
NEW YORK, NY 10022

GARFIELD GOODE
ADDRESS REDACTED

GARY HOOD
ADDRESS REDACTED

GARY HOWARD
ADDRESS REDACTED

GELLERT SCALI BUSENKELL & BROWN, LLC
ATTN: MICHAEL BUSENKELL
1201 N ORANGE ST, STE 300
WILMINGTON, DE 19801

GEORGE SLAGA
ADDRESS REDACTED

GEORGE TONAUS
ADDRESS REDACTED

GIS BENEFITS
P.O. BOX 1806
SAN ANTONIO, TX 78296-1806

GLENN M PURCELL
505 WHITE WATER FALLS DR, APT 726
CHARLOTTE, NC 28217-5259

GLENN PURCELL
ADDRESS REDACTED

GLOBAL INDUSTRIAL
2505 MILL CENTER PKWY
BUFORD, GA 30518-3700

GLOBALTRANZ ENTERPRISES, INC
7350 N DOBSON RD, STE 130
SCOTTSDALE, AZ 85256-2711

GODFREY PC
1816 ROZZELL FERRY RD
CHARLOTTE, NC 28208-4229

GODFREY PC
1816 ROZZELL FERRY RD
CHARLOTTE, NC 28266

GRAINGER
1401 S MINT ST
CHARLOTTE, NC 28203-4135

GRAYBAR
2500 WILKINSON BLVD
CHARLOTTE, NC 28208-5616

GREENPOINT METAL, INC.
C/O COFACE NORTH AMERICA INS. CO.
ATTN: AMY SCHMIDT
650 COLLEGE RD. E, STE. 2005
PRINCETON, NJ 08540

GREENPOINT METALS, INC
301 SHOTWELL DR
FRANKLIN, OH 45005-4659

GUBSON MWEMBO
ADDRESS REDACTED

HAEGER
811 WAKEFIELD DR
OAKDALE, CA 95361-7792

HARDCOATINGS INC
P.O. BOX 26185
CHARLOTTE, NC 28221-6185

HAROLD PALMER
2101 TOWN CENTRE DR, APT 1806
ROUND ROCK, TX 78664

HARRINGTON & KING PERFORATING, LLC
5655 W FILLMORE ST
CHICAGO, IL 60644-5504

HARRINGTON KING PERFORATING, LLC
5655 W FILLMORE ST
CHICAGO, IL 60644-5504

HARTSELL BROS FENCE
P.O. BOX 668223
CHARLOTTE, NC 28266-8223

HERITAGE PROPANE
3904 BARRINGER DR
CHARLOTTE, NC 28217

HERITAGE PROPANE
3904 BARRINGER DR
CHARLOTTE, NC 28217-1506

HIRERIGHT, INC
P.O. BOX 847891
DALLAS, TX 75284-7891

HOANG NGUYEN
ADDRESS REDACTED

HOLLY LAWRENCE
ADDRESS REDACTED

**Southeastern Metal Products, LLC, et al. - U.S. Mail**                                    Served 7/10/2020

HOWARD L BOWERS CONTRACTING CO INC
324 TWO RIDGE RD
WINTERSVILLE, OH 43953

HOWARD L BOWERS CONTRACTING CO INC
324 TWO RIDGE RD
WINTERSVILLE, OH 43953-9628

HUDSON ENERGY SERVICES, LLC
P.O. BOX 731137
DALLAS, TX 75373-1137

HUMAN CAPITAL INSTITUTE
1130 MAIN ST
CINCINNATI, OH 45202

HUMAN CAPITAL INSTITUTE
ONE COURT ST, STE 365
LEBANON, NH 03766

HYDRO EXTRUSION NORTH AMERICA LLC
P.O. BOX 2310
CAROL STREAM, IL 60132

HYDRO EXTRUSION NORTH AMERICA, LLC
ATTN: VICTORIA DERVANIK
400 ROUSER RD, BLDG 2, STE 201
MOON TOWNSHIP, PA 15108

HYDRO EXTRUSION NORTH AMERICA, LLC
ATTN: VICTORIA DERVANIK
6250 N RIVER RD
ROSEMONT, IL 60018-4214

ICON IPC TX PROP OWN POOL 6 AUSTIN, LLC
C/O GLP US MANAGEMENT LLC
2 N RIVERSIDE PLAZA, STE 2350
CHICAGO, IL 60606

ICON IPC TX PROP OWN POOL 6 AUSTIN,LLC
ATTN: OLGA VELASQUEZ
P.O. BOX 843936
LOS ANGELES, CA 90084-3936

ICON IPC TX PROPERTY OWNER POOL 6 AUSTIN LLC
C/O BARBEE & GEHRT LLP
P.O. BOX 224409
DALLAS, TX 75222

ICON IPC TX PROPERTY OWNER POOL 6 AUSTIN LL
C/O LINK INDUSTRIAL
ATTN: RYAN KEATHLEY
13727 NOEL RD, STE 750
DALLAS, TX 75240

IDEACOM OF CENTRAL NC, INC
1175 S PARK DR, STE A
KERNERSVILLE, NC 27284-3114

IDEACOM OF CENTRAL NC, INC
ATTN: ERIN ELIZABETH FREEMAN
1175 S PARK DR, STE A
KERNERSVILLE, NC 27284-3114

IDEACOM OF CENTRAL NORTH CAROLINA
ATTN: ERIN ELIZABETH FREEMAN
1175 S PARK DR, STE A
KERNERSVILLE, NC 27284-3114

IL2000 INTEGRATED LOGISTICS 2000, LLC
ATTN: LEAH BRADY
P.O. BOX 8372
VIRGINIA BEACH, VA 23450-8372

IL2000 INTEGRATED LOGISTICS 2000, LLC
P.O. BOX 8372
VIRGINIA BEACH, VA 23450-8372

INDUSTRIAL ELECTRIC COMPANY OF CHARLOTTE
P.O. BOX 11497
CHARLOTTE, NC 28220-1497

INDUSTRIAL ELECTROPLATING CO
1401 GASTON AVE
GASTONIA, NC 28052-2027

INDUSTRIAL ELECTROPLATING CO
1401 GASTON AVE
GASTONIA, NC 28053-1537

INDUSTRIAL ELECTROPLATING CO INC
ATTN: SUSAN BROOKS
P.O. BOX 1537
GASTONIA, NC 28053

INDUSTRIAL FABRICATORS INC
4328 S YORK HWY
GASTONIA, NC 28052-6801

INNOVATIVE TECHNOLOGY SOLUTIONS OF NC, LLC
ATTN: ERIN ELIZABETH FREEMAN
1175 S PARK DR, STE A
KERNERSVILLE, NC 27284-3114

INNOVATIVE TECHNOLOGY SOLUTIONS, LLC
ATTN: ERIN ELIZABETH FREEMAN
1175 S PARK DR, STE A
KERNERSVILLE, NC 27284-3114

INTERMEDIA.NET INC
P.O. BOX 398897
SAN FRANCISCO, CA 94139-8897

INTERMEDIANET INC
P.O. BOX 398897
SAN FRANCISCO, CA 94139-8897

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

J.O KING, INC
P.O. BOX 1088
ALPHARETTA, GA 30009-1088

JAIME GUADARRAMA
ADDRESS REDACTED

JAMAHL WORRELL
ADDRESS REDACTED

JAMES BROWN
ADDRESS REDACTED

JAMES DANIEL
ADDRESS REDACTED

JAMES GRIFFIN
ADDRESS REDACTED

JAMES GRONOWSKI
ADDRESS REDACTED

JANET KOWALSKI
ADDRESS REDACTED

JASON DIXON
ADDRESS REDACTED

JASON ROZYCZKO
ADDRESS REDACTED

JEREMIE KAPEPULA
ADDRESS REDACTED

JO KING, INC
P.O. BOX 1088
ALPHARETTA, GA 30009-1088

JOE GRIER
ADDRESS REDACTED

JOHN CODER
ADDRESS REDACTED

JOHN FREEMAN
ADDRESS REDACTED

JOHN JENKINS
ADDRESS REDACTED

JOHN KIRKLIN
ADDRESS REDACTED

JORDAN BLYTHER
ADDRESS REDACTED

JOSEPH HORNE
ADDRESS REDACTED

JOSEPH T RYERSON SON INC
ATTN: CHUCK BYRD
2621 W 15TH PL
CHICAGO, IL 60608-1712

JOSEPH T. RYERSON & SON INC
ATTN: CHARLES BYRD
7701 LINDSEY RD
LITTLE ROCK, AR 72206

JOSEPH T. RYERSON & SON, INC
ATTN: CHARLES BYRD
7701 LINDSEY RD
LITTLE ROCK, AR 72206

JUAN CORTEZ
ADDRESS REDACTED

JUAN RODRIGUEZ
ADDRESS REDACTED

JULIA BLIGHT
ADDRESS REDACTED

JULIE MOSSEMBEKKER
ADDRESS REDACTED

JUNO INVESTMENTS LLC
ATTN: JAMES HABER
950 3RD AVE, 22ND FL
NEW YORK, NY 10022

JUNO INVESTMENTS, LLC
ATTN: JOHN HUBER
950 3RD AVE, 22ND FL
NEW YORK, NY 10022

JUNO INVESTMENTS, LLC
ATTN: PHIL KAMPF
205 N MICHIGAN AVE, STE 4310
CHICAGO, IL 60601-5983

KAREEM GOODMAN
ADDRESS REDACTED

KEITH ROBERTSON
ADDRESS REDACTED

KEMP KLEIN LAW FIRM
201 W BIG BEAVER RD, STE 600
TROY, MI 48084

KEN-MAC METALS
P.O. BOX 73230-N
CLEVELAND, OH 44193-0161

KEVIN GUIDERA
ADDRESS REDACTED

KEVIN RANDALL
ADDRESS REDACTED

KEVIN STORY
ADDRESS REDACTED

KEYON HALL
ADDRESS REDACTED

KIMSENG BUN
ADDRESS REDACTED

KINH DOAN
ADDRESS REDACTED

**Southeastern Metal Products, LLC, et al. - U.S. Mail**                                   Served 7/10/2020

KOMATSU AMERICA CORP
P.O. BOX 5049
ROLLING MEADOWS, IL 60008-5049

KRIS TOMLINSON
ADDRESS REDACTED

LAMONDRE BAKER
ADDRESS REDACTED

LARRY TURNER
ADDRESS REDACTED

LATISHA ANDERSON-BULL
ADDRESS REDACTED

LAWRENCE RUDISILL
ADDRESS REDACTED

LEOPOLDO YEPEZ
ADDRESS REDACTED

LINDA RHYNE
ADDRESS REDACTED

LISA MILLER
ADDRESS REDACTED

LORENZO PARRA
ADDRESS REDACTED

LUIS CRUZ
ADDRESS REDACTED

MARILYN SPRINGS
ADDRESS REDACTED

MARK MCSPARREN
ADDRESS REDACTED

MARLON MURCIA
ADDRESS REDACTED

MARTY FEWELL
ADDRESS REDACTED

MATE PRECISION TOOLING
1295 LUND BLVD
ANOKA, MN 55303-1092

MATTHEW WITHROW
ADDRESS REDACTED

M-B INDUSTRIES, INC
DBA MITCHELL-BISSELL CO./SUNBELT SPRING & ST
9205 ROSMAN HWY
ROSMAN, NC 28772

MCMASTER-CARR
P.O. BOX 7690
CHICAGO, IL 60680-7690

MCMASTER-CARR SUPPLY CO
6100 FULTON INDUSTRIAL BLVD SW
ATLANTA, GA 30336-2852

MCMASTER-CARR SUPPLY CO
6100 FULTON INDUSTRIAL BLVD SW
ATLANTA, GA 30336-2853

MCMASTER-CARR SUPPLY COMPANY
ATTN: TODD AULDRIDGE
1901 RIVERSIDE PKWY
DOUGLASVILLE, GA 30135

MECKLENBURG COUNTY TAX COLLECT
P.O. BOX 71063
CHARLOTTE, NC 28272-1063

METALS USA CARBON FLAT ROLLED, INC.
ATTN: BRIAN L. SCHMIDT
1070 W LIBERTY ST
WOOSTER, OH 44691

METALS USA CARBON FLAT ROLLED, INC.
ATTN: BRIAN SCHMIDT
P.O. BOX 999
WOOSTER, OH 44691

METALS USA-RANDLEMAN
ATTN: BRIAN SCHMIDT
4309 US HWY 311
RANDLEMAN, NC 27317

METALS4U, INC
15324 IH 35 N AUSTIN
AUSTIN, TX 78728-4703

METALS4U,INC
15324 IH 35 N AUSTIN
AUSTIN, TX 78728-4703

METALS4U,INC.
15324 IH 35 N AUSTIN
AUSTIN, TX 78728-4703

MIAMI VALLEY STEEL
ATTN: ROB MYERS
201 FOX DR
PIQUA, OH 45356-9265

MIAMI VALLEY STEEL SERVICE
ATTN: JOHN ROBERT MYERS
201 FOX DR
PIQUA, OH 45356

MICHAEL ALFORD
ADDRESS REDACTED

MICHAEL BARNES
ADDRESS REDACTED

**Southeastern Metal Products, LLC, et al. - U.S. Mail**                                            Served 7/10/2020

MICHAEL BLADE
ADDRESS REDACTED

MICHAEL FORD
ADDRESS REDACTED

MICHAEL JONES
ADDRESS REDACTED

MICHAEL MINDER
ADDRESS REDACTED

MICHAEL VINSON
ADDRESS REDACTED

MICHAEL WHITE
ADDRESS REDACTED

MID-STATE BOLT & NUT CO, INC
1575 ALUM CREEK DR
COLUMBUS, OH 43209-2712

MIGHTY LUBE USA SALES
9569 W 40TH ST
FREMONT, MI 49412-9595

MINYARD SONS SERVICES
P.O. BOX 969
CEDAR PARK, TX 78613

MINYARD SONS SERVICES
P.O. BOX 969
CEDAR PARK, TX 78630-0969

MINYARD SONS SERVICES, INC
C/O LAW OFFICE OF KEN HAMILTON
ATTN: KENDALL HAMILTON
2303 RR 620 S, STE 160-164
AUSTIN, TX 78734

MINYARD SONS SERVICES, INC.
P.O. BOX 969
CEDAR PARK, TX 78630

MODERN ALUMINUM CASTINGS
C/O LIND LAW FIRM
ATTN: CAROLINA IVICH
400 OHIO ST
TERRE HAUTE, IN 47807

MODERN ALUMINUM CASTINGS COMPANY, INC.
1400 N 14TH ST
TERRE HAUTE, IN 47807-1297

MODERN ALUMINUM CASTINGS COMPANY, INC.
ATTN: JEFF FARMER
1400 N 14TH ST
TERRE HAUTE, IN 47807

MODERN ALUMINUM CASTINGS COMPANY,INC
ATTN: JEFF FARMER
1400 N 14TH ST
TERRE HAUTE, IN 47807

MONTGOMERY CLEANING
2615 WESTHAMPTON DR
CHARLOTTE, NC 28208-6051

MONTRES WALKER
ADDRESS REDACTED

MOTLEYS LAWN SERVICE INC
1616 DERITA RD
CONCORD, NC 28027-3352

MSC INDUSTRIAL
3410 ST VARDELL LN, STE A
CHARLOTTE, NC 28217-1436

MSC INDUSTRIAL SUPPLY CO, INC
3410 ST VARDELL LN, STE A
CHARLOTTE, NC 28217-1436

MUELLER DIE CUT SOLUTIONS
9201 STOCKPORT PL
CHARLOTTE, NC 28273

MUELLER DIE CUT SOLUTIONS
9201 STOCKPORT PL
CHARLOTTE, NC 28273-4565

MURRAH & KILLOUGH, PLLC
3000 WESLAYAN ST, STE 305
HOUSTON, TX 77027-5753

NAKIA JONES
ADDRESS REDACTED

NATIONAL KWIKMETAL SERVICES
560 SANTA ROSA DR
DES PLAINES, IL 60018-2602

NC DEPARTMENT OF REVENUE
ATTN: BANKRUPTCY UNIT
P.O. BOX 1168
RALEIGH, NC 27602-1168

NEIL KHALIL
ADDRESS REDACTED

NEWTON MACHINE CO., INC.
ATTN: WILLIAM NEWTON
1120 N HOSKINS RD
CHARLOTTE, NC 28216

NEY NARANJO-GUERRERO
ADDRESS REDACTED

NFP CORPORATE SERVICES, LLC
ATTN: ANGELA M DECHIARA
176 FEDERAL ST
BOSTON, MA 02110-2223

NORCO METAL FINISHING INC
1536 ISLAND HOME AVE
KNOXVILLE, TN 37920-1894

NORDSON CORPORATION
300 NORDSON DR
AMHERST, OH 44001-2422

NORDSON CORPORATION
ATTN: KANDIS M. TAYLOR
300 NORDSON DR
AMHERST, OH 44001

NORTHERN TOOL  EQUIPMENT
BLUE TARP CREDIT SERVICES
P.O. BOX 105525
ATLANTA, GA 30348-5525

NORTHERN TOOL & EQUIPMENT
C/O BLUE TARP CREDIT SERVICES
P.O. BOX 105525
ATLANTA, GA 30348-5525

NORTHERN TRUST CORP
ATTN: CHERYL CULP, CFP SNR VP
250 ROYAL PALM WAY, STE 300
PALM BEACH, FL 33480

NUTEC METAL FINISHING
3669 INDUSTRIAL PKWY
P.O. BOX 170746
BIRMINGHAM, AL 35217-0746

OFFICE OF THE ATTORNEY GENERAL
ATTN: JOSH STEIN
DEPARTMENT OF JUSTICE
P.O. BOX 629
RALEIGH, NC 27602-0629

OFFICE OF THE ATTORNEY GENERAL
ATTN: KATHY JENNINGS
DEPARTMENT OF JUSTICE
CARVEL STATE BLDG
820 N FRENCH ST, 8TH FL
WILMINGTON, DE 19801

OFFICE OF THE ATTORNEY GENERAL
ATTN: KEN PAXTON
CAPITOL STATION
P.O. BOX 12548
AUSTIN, TX 78711-2548

OFFICE OF THE UNITED STATES ATTORNEY
FOR THE DISTRICT OF DELAWARE
ATTN: DAVID C. WEISS
HERCULES BUILDING
1313 N MARKET ST
WILMINGTON, DE 19801

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: DAVID L. BUCHBINDER
844 KING ST, STE 2207
LOCKBOX 35
WILMINGTON, DE 19801-3519

OMEGA MANUFACTURING
1800 INDUSTRIAL CENTER CIR
CHARLOTTE, NC 28213-4301

OMEGA MANUFACTURING CORPORATION
P.O. BOX 560338
CHARLOTTE, NC 28256

OROTEX CORPORATION
22475 VENTURE DR
NOVI, MI 48375-4177

ORTTECH
32425 AURORA RD
SOLON, OH 44139-2858

ORTTECH, INC.
ATTN: STEPHEN J. ZENCZAK
32425 AURORA RD
SOLON, OH 44139

PACKAGE CRAFTERS INCORPORATED
1040 E SPRINGFIELD RD
HIGH POINT, NC 27263-2158

PACKAGE CRAFTERS INCORPORATED
1040 E SPRINGFIELD RD
HIGH POINT, NC 27623-2158

PACKAGE CRAFTERS, INC
C/O SMITH KATZENSTEIN JENKINS LLP
1000 W ST, STE 1501
P.O. BOX 410
WILMINGTON, DE 19899

PACKAGE CRAFTERS, INC.
ATTN: GARY BREWER
PO BOX 2563
HIGH POINT, NC 27261

PALLET ONE
2340 IKE BROOKS RD
SILER CITY, NC 27344-8769

PALLETONE OF NORTH CAROLINA, INC.
ATTN: M. TED GRUBBS
6001 FOXTROT
P.O. BOX 819
BARTOW, FL 33830

PAMELA JOHNSON
ADDRESS REDACTED

PARKER STEEL COMPANY
1625 INDIAN WOOD CIR
MAUMEE, OH 43537-4003

PATRICK HAMILTON
ADDRESS REDACTED

PAUL BURNS
ADDRESS REDACTED

PAUL KIRKPATRICK
ADDRESS REDACTED

PERRY DARLING
14302 CUMMINS WAY
MANOR, TX 78653

PHILLIP BROWN
ADDRESS REDACTED

PHOENIX COROPORATION DBA/ PHOENIX METALS COM
ATTN: F. COOK
P.O. BOX 805
NORCROSS, GA 30091

PHOENIX CORP. DBA/PHOENIX METALS CO.
ATTN: FRANK O. COOK
4685 BUFORD HWY.
PEACHTREE CORNERS, GA 30071

PHOENIX METALS COMPANY
ATTN: LARRY PARKS
P.O. BOX 932589
ATLANTA, GA 31193-2589

PHOENIX METALS COMPANY
P.O. BOX 932589
ATLANTA, GA 31193-2589

PIEDMONT NATURAL GAS
4720 PIEDMONT ROW DR
CHARLOTTE, NC 28210

**Southeastern Metal Products, LLC, et al. - U.S. Mail**                                                                    Served 7/10/2020

PIEDMONT NATURAL GAS
ATTN: BANKRUPTCY
4339 S TRYON ST
CHARLOTTE, NC 28217

PIEDMONT PLASTICS INC
ATTN: RONALD COMBS
5010 W W.T. HARRIS BLVD
CHARLOTTE, NC 28269-1861

PIEDMONT PLASTICS, INC.
ATTN: CREDIT MANAGER
5010 W WT HARRIS BLVD
CHARLOTTE, NC 28269

PITNEY BOWES
C/O GLOBAL FINANCIAL SERVICES LLC
P.O. BOX 85646
LOUISVILLE, KY 40285

PITNEY BOWES CREDIT DEPT
P.O. BOX 371887
PITTSBURGH, PA 15250-7887

PLASTIC PRODUCTS, INC
ATTN: JONI MICHELLE MORGAN
P.O. BOX 69
1051 YORK RD
KINGS MOUNTAIN, NC 28086

PLASTIC PRODUCTS, INC
P.O. BOX 69
1051 YORK RD
KINGS MOUNTAIN, NC 28086-0069

PLASTIC PRODUCTS, INC.
ATTN: JONI MICHELLE MORGAN
P.O. BOX 69
1051 YORK RD
KINGS MOUNTAIN, NC 28086

POLYMERSHAPES LLC
ATTN: JON THEISEN
3000 CROSSPOINT CENTER LN
CHARLOTTE, NC 28269-4274

POLYMERSHAPES LLC
C/O NCS
ATTN: MICHELLE GERRED
729 MINER RD
HIGHLAND HEIGHTS, OH 44143

POWDER COATING SERVICES, INC
1260 SHANNON BRADLEY RD
GASTONIA, NC 28052-1076

POWDER COATING SERVICES, INC.
ATTN: DONNA MILLER
1260 SHANNON BRADLEY RD
GASTONIA, NC 28052

PPC SPECIALTY METALS, INC
1504 MILLER ST
MONROE, NC 28110-3033

PPG INDUSTRIES, INC
23000 ST CLAIR AVE
EUCLID, OH 44117-2503

PREFERRED REGISTRA GROUP
30561 DEQUINORE RD
MADISON HEIGHTS, MI 48071-2245

PRICE EQUIPMENT CO
512 N JOHNSON ST
MONROE, NC 28112-4642

PRISM LABORATORIES, INC
449 SPRINGBROOK RD
CHARLOTTE, NC 28217-2144

PRISM LABORATORIES, INC
449 SPRINGBROOK RD
CHARLOTTE, NC 28224

PRISM LABORATORIES, INC.
ATTN: ROBBI A. JONES
449 SPRINGBROOK RD
CHARLOTTE, NC 28217

PRISM LABORATORIES, INC.
ATTN: ROBBI A. JONES
449 SPRINGBROOK RD.
CHARLOTTE, NC 28217

PRISM LABORATORIES, INC.
ATTN: ROBBI JONES
P. O. BOX 240543
CHARLOTTE, NC 28224

PRISM LABORATORIES, INC.
ATTN: ROBBI JONES
P.O. BOX 240543
CHARLOTTE, NC 28224

PURSER HOLDINGS, INC FORMERLY PURSER OIL CO.
ATTN: JEFF PURSER
21012 DECORA DR
CORNELIUS, NC 28031

PURSER OIL CO
P.O. BOX 790585
CHARLOTTE, NC 28206-7909

PURSER OIL CO.
P.O. BOX 790585
CHARLOTTE, NC 28206-7909

RACE CITY STEEL
ATTN: DAN DANESE
4052 N HWY 16
DENVER, NC 28037

RACE CITY STEEL
ATTN: LISA KELLY
4052 N HWY 16
DENVER, NC 28037-7908

RAMON RODRIGUEZ
ADDRESS REDACTED

REGGIE WHITE
ADDRESS REDACTED

REGINALD MASON
ADDRESS REDACTED

RELEVANT SOLUTIONS
ATTN: YOLANDA GRIFFIN
9750 W SAM HOUSTON PKWY N, STE 190
HOUSTON, TX 77064-5552

RELEVANT SOLUTIONS
ATTN: YOLANDA GRIFFIN
P.O. BOX 67162363
DALLAS, TX 75267

RELIABLE FIRE & SAFETY, INC
4014 KINGS MOUNTAIN HWY
BESSEMER CITY, NC 28016-7524

| | | |
|---|---|---|
| RENAC MILLER<br>ADDRESS REDACTED | RENEW RESOURCES, LLC<br>4360 OLD YORK RD<br>ROCK HILL, SC 29732-0502 | RENEW RESOURCES, LLC<br>4360 OLD YORK RD<br>ROCK HILL, SC 29732-8124 |
| REPUBLIC SERVICES #742<br>P.O. BOX 9001099<br>LOUISVILLE, KY 40290-1099 | REVENUE ACCOUNTING DIVISION - ATTN: BANKRUPTC<br>P.O. BOX 13528<br>AUSTIN, TX 78711 | REX TSHITEYA<br>ADDRESS REDACTED |
| RIAN IVEY<br>ADDRESS REDACTED | RICHARD GRIFFITH<br>ADDRESS REDACTED | RICHARD PYLES<br>ADDRESS REDACTED |
| RITA GIBSON<br>ADDRESS REDACTED | ROBERT HALF FINANCE & ACCOUNTING<br>ATTN: AMBER BAPTISTE<br>P.O. BOX 5024<br>SAN RAMON, CA 94583 | ROBERT HALF FINANCE & ACCOUNTING<br>P.O. BOX 743295<br>LOS ANGELES, CA 90074-3295 |
| ROBERT HALF FINANCE ACCOUNTING<br>P.O. BOX 743295<br>LOS ANGELES, CA 90074-3295 | ROBERT HALF INTERNATIONAL<br>ATTN: AMBER BAPTISTE<br>2613 CAMINO RAMON<br>SAN RAMON, CA 94583 | ROBERT HOWELL<br>ADDRESS REDACTED |
| ROBERT KENDALL<br>ADDRESS REDACTED | ROBERTS COMPANY, DB<br>2300 WESTINGHOUSE BLVD<br>RALEIGH, NC 27604-2496 | RODECO COMPANY<br>5811 ELWIN BUCHANAN DR<br>SANFORD, NC 27330-9541 |
| RODERICK CATOE<br>ADDRESS REDACTED | ROLLED METAL PRODUCTS<br>ATTN: DAN MILAS<br>P.O. BOX 1734<br>ZACHARY, LA 70791-1734 | ROLLED METAL PRODUCTS<br>ATTN: RAMONA SIEBERT JACOBS<br>P.O. BOX 1734<br>ZACHARY, LA 70791-1734 |
| ROMCO EQUIPMENT CO<br>1519 W BELT LINE RD<br>CARROLLTON, TX 75006-6918 | S KANETZKY ENGINEERING, LLC<br>5920 W WILLIAM CANNON DR, BLDG 7, STE 200<br>AUSTIN, TX 78749 | S KANETZKY ENGINEERING, LLC<br>ATTN: LIZA PATTERSON<br>PO BOX 90279<br>AUSTIN, TX  78709 |
| S. KANETZKY ENGINEERING, LLC<br>5920 W WILLIAM CANNON DR<br>BLDG 7-STE 200<br>AUSTIN, TX 78749-1902 | SAF-GARD SAFETY SHOE COMPANY<br>ATTN: MISTY RODRIGUEZ<br>2701 PATTERSON ST<br>GREENSBORO, NC 27407 | SAF-GARD SAFETY SHOE COMPANY<br>P.O. BOX 10379<br>GREENSBORO, NC 27404 |
| SAF-GARD SAFETY SHOE COMPANY<br>P.O. BOX 10379<br>GREENSBORO, NC 27404-0379 | SAMMIE PEAY<br>ADDRESS REDACTED | SBS LEASING A PROG OF DE LAGE<br>C/O LANDEN FINANCIAL SERVICES<br>P.O. BOX 41602<br>PHILADELPHIA, PA 19101-1602 |
| SCHWAAB, INC<br>12855 W LISBON RD, STE 100<br>BROOKFIELD, WI 53005-2504 | SCOTT SHIPLEY<br>ADDRESS REDACTED | SCSI, LLC<br>8515 N UNIVERSITY ST<br>PEORIA, IL 61615-1629 |

**Southeastern Metal Products, LLC, et al. - U.S. Mail**    Served 7/10/2020

SECRETARY OF THE TREASURY
820 SILVER LAKE BLVD, STE 100
DOVER, DE 19904

SECURITIES & EXCHANGE COMMISSION
100 F ST NE
WASHINGTON, DC 20549

SECURITIES & EXCHANGE COMMISSION
ATTN: LARA MEHRABAN
NEW YORK REGIONAL OFFICE
200 VESEY ST, STE 400
NEW YORK, NY 10281-1022

SHARP BUSINESS SYSTEMS
4404 STUART ANDREW BLVD, STE A
CHARLOTTE, NC 28217-1590

SHARPE CO
P.O. BOX 5716
WINSTON SALEM, NC 27113-5716

SHARPE CO.
P.O. BOX 5716
WINSTON SALEM, NC 27113-5716

SHEILA CAGLE
ADDRESS REDACTED

SHELDON MOFFETT
ADDRESS REDACTED

SHERRY C. JEWETT
ADDRESS REDACTED

SHERWIN WILLIAMS COMPANY
2920 STEWART CREEK BLVD
CHARLOTTE, NC 28216-3592

SHONDELL HOUSTON
ADDRESS REDACTED

SHUMAKER, LOOP & KENDRICK, LLP
101 S TRYON ST, STE 2200
CHARLOTTE, NC 28280

SHUMAKER, LOOP KENDRICK, LLP
101 S TRYON ST, STE 2200
CHARLOTTE, NC 28280

SODICK INC
601 COMMERCE DR
SCHAUMBURG, IL 60173

SOMPHAK PHOMSOPHA
ADDRESS REDACTED

SOMPHON PHOMSOPHA
ADDRESS REDACTED

SOMPHOT PHOMSOPHA
ADDRESS REDACTED

SORAVEY HOU
ADDRESS REDACTED

SOUTH ATLANTIC GALVANIZING
HWY 276 W
TRAVELERS REST, SC 29690

SOUTH STATE BANK
ATTN: BRYAN ROBERTSON
4210 HWY 17 BYPASS
MURRELLS INLET, SC 29576

SOUTH STATE BANK
ATTN: STEPHEN C LYON-SNR VP COMM LNDG
6525 MORRISON BLVD, STE 500
CHARLOTTE, NC 28211-3577

SOUTH STATE BANK
C/O WOMBLE BOND DICKINSON (US) LLP
1313 N. MARKET ST, STE 1200
WILMINGTON, DE 19801

SOUTHEASTERN FREIGHT LINES
ATTN: BRITTANY SAUNDER
P.O. BOX 1691
COLUMBIA, SC 29202-1691

SOUTHEASTERN FREIGHT LINES
ATTN: JOYCE L BLANTON
P.O. BOX 1691
COLUMBIA, SC 29202-1691

SOUTHEASTERN METAL PRODUCTS LLC
1420 METALS DR
CHARLOTTE, NC 28206

SOUTHERN STATES METALS CORP
ATTN: TAMIE SLAUGHTER
201 DEHART RD
CONOVER, NC 28613

STACEY THOMAS
ADDRESS REDACTED

STAR LEASING CO.
ATTN: KEITH DIXON
4080 BUSINESS PARK DR
COLUMBUS, OH 43204

STAR LEASING CO.
ATTN: KEITH DIXON
4080 BUSINESS PARK DR
COLUMBUS, OH 43204

STAR LEASING CO.
C/O GORDON LAW FIRM CO., LPA
ATTN: JAMES H GORDON
7677 PATTERSON RD
HILLIARD, OH 43026

STAR LEASING COMPANY
P.O. BOX 76100
CLEVELAND, OH 44101-4204

STAR LEASING COMPANY
P.O. BOX 76100
CLEVELAND, OH 44101-4755

STATE OF DELAWARE
DIVISION OF REVENUE
820 N FRENCH ST, 8TH FL
WILMINGTON, DE 19801-0820

**Southeastern Metal Products, LLC, et al. - U.S. Mail**                                                            Served 7/10/2020

STEEL SUMMIT
1718 JP HENNESSY DR
LAVERGNE, TN 37086-3525

STEEL SUMMIT HOLDINGS
ATTN: SAM SLIFKA
1718 JP HENNESSY DR
LAVERGNE, TN 37086-3525

STEEL SUMMIT HOLDINGS
P.O. BOX 402776
ATLANTA, GA 30384-2776

STEEL WAREHOUSE
ATTN: CHRIS ESTES
600 RIVER TERMINAL RD
CHATTANOOGA, TN 37406-1731

STEVE CORREA
ADDRESS REDACTED

SUNBELT RENTALS
3331 ASBURY AVE
CHARLOTTE, NC 28206-1503

SUNBELT RENTALS
ATTN: PAULA ANDERSON
1275 W MOUND ST
COLUMBUS, OH 43223

SUNBELT RENTALS
P.O. BOX 409211
ATLANTA, GA 30384-9211

SUPERIOR CRANES, INC
P.O. BOX 2371
ROCKINGHAM, NC 28380

SUPERIOR CRANES, INC
P.O. BOX 2371
ROCKINGHAM, NC 28380-8371

SUPERIOR PRODUCTION LLC
ATTN: MIKE MCKEIVIER
2301 FAIRWOOD AVE
COLUMBUS, OH 43207-2768

SUPPLY TECHNOLOGIES LLC
1000 SATELLITE BLVD, STE 115
SUWANEE, GA 30024-4614

SUPPLY TECHNOLOGIES LLC
6065 PARKLAND BLVD
CLEVELAND, OH 44124

SUPPLY TECHNOLOGIES LLC
ATTN: JEANNE KELEMAN
6068 PARKLAND BLVD
CLEVELAND, OH 44124

T J SNOW CO, INC
120 NOWLIN LN
CHATTANOOGA, TN 37421-3574

TARUS LEACH
ADDRESS REDACTED

TENNESSEE GALVANIZING
ATTN: MARCILE STAUB
1800 W 21ST ST
TULSA, OK 74107

TENNESSEE GALVANIZING
C/O BANK OF AMERICA
P.O. BOX 843771
DALLAS, TX 75284

TENNESSEE GALVANIZING CO
1535 INDUSTRIAL BLVD
JASPER, TN 37347-5236

TERMINIX SERVICE, INC
P.O. BOX 2627
COLUMBIA, SC 29202-2627

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
ATTN: BYRON EVANS II
REVENUE ACCOUNTING DIV.
111 E 17TH ST
AUSTIN, TX 78711

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
OFFICE OF ATTORNEY GENERAL - BANKRUPTCY & CO
P.O. BOX 12548, MC-008
AUSTIN, TX 78711

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
P.O. BOX 13528
CAPITOL STATION
AUSTIN, TX 78711-3528

TEXAS DISPOSAL SYSTEMS
P.O. BOX 674090
DALLAS, TX 75267-4090

THAROLD ASHFORD
ADDRESS REDACTED

THE EMPLOYERS ASSOCIATION
3020 W ARROWOOD RD
CHARLOTTE, NC 28273-0002

THE INDUSTRIAL ELECTRIC COMPANY OF CHARLO
ATTN: MICHAEL WOODS, PRESIDENT
5318 OLD PINEVILLE RD
CHARLOTTE, NC 28217

THE INDUSTRIAL ELECTRIC COMPANY OF CHARLOTTE
C/O MOORE & VAN ALLEN PLLC
ATTN: COLE RICHINS
100 N TRYON ST, STE 4700
CHARLOTTE, NC 28202

THE RBA GROUP, INC
122 W BLAND ST, STE B
CHARLOTTE, NC 28203-4102

THE RBA GROUP, INC.
122 W BLAND ST, STE B
CHARLOTTE, NC 28203-4102

THE RBA GROUP, INC.
ATTN: DANIEL FINEGAN
525 N TRYON ST, STE 1400
CHARLOTTE, NC 28202

THE RBA GROUP, INC.
ATTN: WAYNE TIDWELL
122-B W BLAND ST
CHARLOTTE, NC 28203

THE ROUECHE COMPANY
P.O. BOX 5706
CHATTANOOGA, TN 37406-0706

Southeastern Metal Products, LLC, et al. - U.S. Mail

THE SHERWIN-WILLIAMS COMPANY
ATTN: MICHAEL B. BACH
25 WHITNEY DR, STE 106
MILFORD, OH 45150

THE SUPERIOR DIE, TOOL AND MACHINE CO.
ATTN: BRENDA K. BOWERS
52 EAST GAY ST
P.O. BOX 1008
COLUMBUS, OH 43216

THE SUPERIOR DIE, TOOL AND MACHINE CO.
ATTN: MIKE MCKEIVIER
2301 FAIRWOOD AVE
COLUMBUS, OH 43207

THE TOOL & GAGE HOUSE
538 HEBRON ST
CHARLOTTE, NC 28224-1067

THE TOOL & GAGE HOUSE
538 HEBRON ST
CHARLOTTE, NC 28273-5989

THEODORE BARTH
ADDRESS REDACTED

THERMAL METAL TREATING
ATTN: MARK A SCOTT
9546 NC 211
ABERDEEN, NC 28315

THERMAL METAL TREATING, INC
P.O. BOX 367
9546 HWY 211 E
ABERDEEN, NC 28315-0367

THERMAL METAL TREATING, INC
P.O. BOX 367
ABERDEEN, NC 28315

THYSSENKRUPP MATERIALS NA, INC
22355 W ELEVEN MILE RD
SOUTHFIELD, MI 48033-4735

TIME WARNER CABLE
C/O SPECTRUM
ATTN: DEBRA DELOIS SHANKLIN
1600 DUBLIN RD
COLUMBUS, OH 43215

TIME WARNER CABLE BUSINESS CLASS
P.O. BOX 70872
CHARLOTTE, NC 28272-0872

TOMMY HILL
ADDRESS REDACTED

TONY F. HELMS
ADDRESS REDACTED

TRAVIS COUNTY TAX ASSESSOR-COLLECTOR
P.O. BOX 1748
AUSTIN, TX 78767

TRAVIS GILMORE
ADDRESS REDACTED

TRAVIS OLEARY
ADDRESS REDACTED

TRUMPF INC
111 HYDE RD
FARMINGTON, CT 06032-2851

U.S. WASTE INDUSTRIES
ATTN: SASCHA BALAN
4420 JEFFERIES HWY
WALTERBORO, SC 29488

U.S. WASTE INDUSTRIES
ATTN: SASCHA BALAN
P.O. BOX 2326
WALTERBORO, SC 29488

U.S. WASTE INDUSTRIES
P.O. BOX 2326
WALTERBORO, SC 29488

ULINE
2200 SOUTHLAKESIDE DR
WAUKEGNA, IL 60085-8311

ULINE SHIPPING SUPPLIES
P.O. BOX 88741
CHICAGO, IL 60680

ULINE, INC.
ATTN: NANCY L. HALCOM
12575 ULINE DR
PLEASANT PRAIRIE, WI 53158

UNIPUNCH PRODUCTS, INC
311 5TH ST NW
CLEAR LAKE, WI 54005-8576

UNIPUNCH PRODUCTS, INC.
ATTN: KAIREE KASPER
311 5TH ST NW
CLEAR LAKE, WI 54005

UNITED PARCEL SERVICES
P.O. BOX 7247-0244
PHILADELPHIA, PA 19170-0001

UPS FREIGHT
P.O. BOX 650690
DALLAS, TX 75265-0690

VACO BRIDGEWATER LLC
C/O ALTUS RECEIVABLES MANAGEMENT
ATTN: CHRISTINE R. BALL
2400 VETERANS MEMORIAL BLVD, STE 300
KENNER, LA 6002

VACO CHARLOTTE
ATTN: LEIGH CAYLOV
5501 VIRGINIA WAY
BRENTWOOD, TN 37027

VACO CHARLOTTE, LLC
5410 MARYLAND WAY, STE 460
BRENTWOOD, TN 37027-5064

VAI PHOMSOPHA
ADDRESS REDACTED

VALSPAR CORPORATION
P.O. BOX 1461
MINNEAPOLIS, MN 55440-1461

**Southeastern Metal Products, LLC, et al. - U.S. Mail**

VAN DOM
ADDRESS REDACTED

VERITIV OPERATING COMPANY
4901 GIBBON RD
CHARLOTTE, NC 28269-4731

VERIZON
ATTN: PAUL ADAMEC
500 TECHNOLOGY DR
WELDON SPRING, MO 63304

VERIZON WIRELESS
P.O. BOX 660108
DALLAS, TX 75266-0108

VERLETTA BROWN
ADDRESS REDACTED

VIRIDIANA SOSA
ADDRESS REDACTED

VISION SOURCE STUDIO 20/20
2424 W MALLARD CREEK CHURCH RD, STE D
CHARLOTTE, NC 28262-5800

VIVIAN WOODLEY
ADDRESS REDACTED

VY THORNG
ADDRESS REDACTED

W.W. GRAINGER, INC.
ATTN: YVONNE KNIGHT
401 S WRIGHT RD
JANESVILLE, WI 60714

WASTE CONNECTIONS OF NC
CHARLOTTE DISTRICT 6111
5516 ROZZELLES FERRY RD
CHARLOTTE, NC 28214-1871

WAYNE HOWELL
ADDRESS REDACTED

WEIR & PARTNERS LPP
ATTN: JEFFREY S CIANCIULLI, WALTER WEIR JR, BON
824 MARKET ST, STE 800
WILMINGTON, DE 19899

WILLIAM IVES CONSULTING
320 S TRYON ST, STE 213
CHARLOTTE, NC 28202-1940

WILLIAM J. ROURKE, MODERN ALUMINUM CASTING
1400-1500 N 14TH ST
TERRE HAUTE, IN 47807

WILLIAM MACH
ADDRESS REDACTED

WILLIAM PEACOCK
ADDRESS REDACTED

WILLIAM RINTALA
ADDRESS REDACTED

WILLIAMS HARDWARE
4026 N GRAHAM ST
CHARLOTTE, NC 28206-1293

WILLIAMS HARDWARE INC.
ATTN: RICHARD D. WILLIAMS
4026 N GRAHAM ST
CHARLOTTE, NC 28206

WILSON TOOL
12912 FARNHAM AVE
WHITE BEAR LAKE, MN 55110-5997

WILSON TOOL INTL
ATTN: KATIE DOOLAN
12912 FARNHAM AVE
WHITE BEAR LAKE, MN 55110

WILSON TOOL INTL
C/O US BANK
1200 ENERGY PARK DR
ST. PAUL, MN  55170

WOMBLE BOND DICKINSON
ATTN: RICHARD A. PROSSER
555 FAYETTEVILLE ST, STE 1100
RALEIGH, NC 27601

WOMBLE BOND DICKINSON
ONE WELLS FARGO CENTER
301 S COLLEGE ST, STE 3500
CHARLOTTE, NC 28202-6037

WOTCO
P.O. BOX 30502
CHARLOTTE, NC 28230-0502

WOTCO, INC.
ATTN: CHARLES L. HUFFSTETTER
P.O. BOX 30502
CHARLOTTE, NC 28230

XAVIER GUEVARA
ADDRESS REDACTED

YARDE METALS
1247 ELON PL
HIGH POINT, NC 27263-9745

YARDE METALS
ATTN: ROBERT J. SMITH
45 NEWELL ST
SOUTHINGTON, CT 06489

YVONNE ANDERSON
ADDRESS REDACTED

ZEHRCO-GIANCOLA COMPOSITES, INC
1501 W 47TH ST
ASHTABULA, OH 44004-5419

ZEHRCO-GIANCOLA COMPOSITES, INC.
ATTN: RICK DEGEORGE
1501 W 47TH ST
ASHTABULA, OH 44004

Parties Served: 627